Curtis Van Stuyvesant
Political Prisoner #99-A-4590
Attica Correctional Facility
P.O. Box 149, Attica, N.Y. 14011-0149

Dated: Feb 16 , 2010

Mr. Timothy O'Brien
Executive Director
Executive Department
Division of Parole
97 Central Avenue
Albany, New York 12226

Re:    **Decision Not To Participate
In Re-Appearance For 2010**

Dear Sir,

1.    Please be advised that I will not R.S.V.P. the Board re-appearance invitation. A medical parole predicated upon a misrepresentation of facts and the fraudulent creation of a bogus mental disorder and the inference that I'm not in remission from cancer by N.Y.S. D.O.C.S. will be injurious to my ability to take my rightful place in both international business and finance. Traditional parole is also out of the question because I will never take responsibility for a non-existing crime. The fact that newly discovered evidence proving my actual innocence is another factor.

2.    The New York State Department of Correctional Services created a false medical summary on January 22, 2010. The annexed S.U.N.Y. Upstate University Medical Hospital and Wyoming County Community Hospital records controvert D.O.C.S. bald face lie.    Their alleged comprehensive medical summary was not supported by the weight of the evidence which I have made available to Federal Courts and Department, specifically the N.Y.S. D.O.C.S. summary was based entirely upon their own subjective self-serving creation which was not supported by the records. Medical and Executive Officers have been proven in the past to be a cabal of



pathological liars, incompetent, and corrupt, xenophobic reprobates and bigots, prone to exaggeration, obfuscation, and psycho-fiction.

3.   That report should be rejected because N.Y.S. D.O.C.S. used irrelevant inflammatory and false allegation to fraudulently qualify me for a medical parole in a deliberate attempt to obstruct my post conviction claim of actual innocence pending courts review and application for Executive Clemency pending before Governor David Patterson.

4.   Department of Corrections has deliberately fraudulently concealed my 1999 – 2003 medical records to give the false impression that I was diagnosed with prostate cancer in 2004. A P.S.A. test indicating cancer was performed in the summer of 2000, when I was confined in Marcy Correctional Facility S.H.U.. Five Points Correctional Facility approved a request for a biopsy which was performed in 2001 at S.U.N.Y. Upstate University Medical Hospital, Syracuse, New York. In September 2001, I was confined in S.H.U. at the Auburn Correctional Facility when Brach Therapy, radioactive pellets was surgically implanted in the prostate gland, by S.U.N.Y. Upstate University Medical Hospital, Radiation and Clinical Oncologist and Urologist.

5.   After the September 11, 2001 terrorist attack, I was interrogated by agents of the State Attorney General's Office because N.Y.S. D.O.C.S. wrongly informed the A.G. that I was born in Iran instead of Ireland, and because I had relationships with Islamic Nations diplomatic community and had warned of an imminent terrorist threat, the D.A. inferred that I had terrorist connections. I was transferred from Auburn S.H.U. to Midstate S.H.U.. Immediately, S.U.N.Y. Regional Oncology Center University Medical Hospital informed Corrections that I was in remission, all cancer follow-up treatment was terminated. In June of 2002 I was drafted to Attica "snake-pit" under S.H.U. confinement, for a few days before I was "paroled" into population.

6.   The annexed Wyoming County Community Hospital M.R.I. and bone scan performed in 2003, is incontrovertible evidence supporting my claim, that Correction Department knew I was in complete remission when they decided to amend the terms of the un-Constitutional and *ultra vires* New York County Supreme Court sentence to include Human Experiment Clinical Trials in violation of both Federal and State laws. The doctrine of informed consent far from being

a novel concept is a very well settled law.

7. From 2004 to 2007 I was told that I had Stage IV Prostate, Bone, and Soft Tissue Metastatic Cancer, and that I had only 180 days to live if I didn't subject myself to treatment. Should I refuse, a Tier II Disciplinary Ticket and possible Keep-lock would have been my fate. From October of 2005, when I started challenging the efficacy of Dr. Zale Bernstein's, Erie County Medical Center and N.Y.S. D.O.C.S. treatment protocol and therapy, a bogus claim of mental disorder was advanced by N.Y.S. D.O.C.S. to prejudice and discredit my claim of an illegal Human Clinical Trial.

8. Department of Mental Health C.S.W. Psychiatrist and Psychologist refused to support Collins Correctional Facility Health Service Director Joseph Tan Tan insidious diagnosis. Private medical investigators retained by The Van Stuyvesant Family European Trust Fund complied sufficient evidence which if presented before a Federal grand jury will result in an indictment, prosecution, and conviction of every doctor, nurse, prison executive, or A.D.A. involved in the scheme that has defrauded Federal and State insurance funds.

9. So it is within the interest of N.Y.S. D.O.C.S. to diagnose a serious mental disorder. This mis-diagnoses has opened a 'Pandora Box'. If one is to accept N.Y.S. D.O.C.S. bogus allegation, then New York County Supreme Court Judge John Starkhouse; Appellate Division, First Department, presiding Justice Luis Gonzalez committed judicial misconduct for permitting a criminal defendant with a serious mental disorder to proceed *pro se* during trial and direct appeal. This matter will be put forward before the State Commission for Judicial Conduct and thanks to the fraud of N.Y.S. D.O.C.S., I will move against Starkhouse.

10. Psychiatrists and Psychologists usually seek counseling from their peers in order to maintain their sanity. Top European Executives, lawyers, bankers, etc. who are responsible for making multi-million dollar decisions are required by progressive employers to have a quarterly mental evaluation in addition to an annual physical examination. It is only an idiot or a very stupid individual who will not invest in their mental health. Stress and trauma, including depression and psychosis, can be prevented before it happens.

11. Both my parents were medical doctors and surgeons. So are my five siblings. We were required to use the services of psychologists and psychiatrists not because we are crazy, but

because it was the healthy, educated, and intelligent thing to do. By age 15-16, each one of us was admitted to a five year undergraduate prestigious universities. Both my two sons and oldest child, my daughter, are graduates of Ivy League universities and their law schools and graduate schools of Business Administration. In the top 10% of their class with a B.A., J.D. / M.B.A. before they were 24 years old. Compare their accomplishments with that of the dysfunctional children of most of my detractors, and then tell me who is crazy.

12.    Schizo-affective disorder is a thought, mood, and behavioral disorder that involves elements of paranoid schizophrenia – one can think of it as a kind of bipolar. Bipolar – manic depressive is a diagnosis in the sense that people with schizo-affective disorder have ups and downs. Despair and depression and hyperactivity or mania, but they can manage their illness for a long time and more or less fit in on the fringes of society.

13.    The N.Y.S. D.O.C.S. January 22, 2010 self serving and bogus 'medical summary' is a professional insult to all the dedicated, competent, and hard working, understaffed State Department of Mental Health employees assigned to State prisons. They are your unsung heroines and heroes. N.Y.S. D.O.C.S. medical staff has a lot to learn from their M.H.U. counterparts.

14.    I help built a Multi-discipline, International Law Firm where I was a rainmaker, and with ten foreign offices and a corresponding strategic relationships with firms in over 100 countries. 1500 of counsels. 3000 support staff, and close to 400 staff attorneys, barristers, solicitors, and advocates including consultants reported to me. I signed their paychecks.

15.    After almost 12 years in prison a seriously mental disturbed person would not have been able to hold on to, and maintain a Greenwich, Fairfield County, Connecticut 12,000 sq. ft., 10 acres estate; Georgetown, Washington, D.C. Federal style, four story brownstone townhouse in one of the largest lot; vacation homes in Saint Johns, U.S. Virgin Islands; and Mauii, Hawaii; and a gentleman's working farm in Middleburg, Virginia which are completely paid for.

16.    I don't believe a madman can afford a duplex penthouse in Scarsdale, Westchester County, give his daughter as a wedding present a Westchester New York estate and his sons as graduation presents pre-war luxury co-op apartments in Manhattan.. Offshore banks and United States brokerage houses wont give a mentally ill convicted felon an unlimited line of credit based on

his signature alone with no collateral.

17. Even an idiot can see that, it is N.Y.S. D.O.C.S. and New York County D.A.'s office staff that are schizo-affective. They are the ones hearing voices. It is one of the schiziod aspects of this disease it is this voice telling them to forge medical records. The same threatening voice told A.D.A. Hillary Hassler, Kristin Kirk, James Kindler, John Ryan, Larry Fraizer, Elyza Ruzzow, former D.A. Robert Morganthau to lie that I have hired a hitman to kill them and New York County Supreme Court Judge John Starkhouse.

18. Assistant Attorney General Jennifer Danburg and Assistant Solicitor General Robin Foreshaw that I had threatened Kings County Supreme Court Judge Charles E. Chambers. That same threatening voices instructed Sobochack, O'Hagan Wolf, and MacKechnie to forge Federal Judge's signatures in denying relief. That would be paranoia. This is an example of a break from reality. And the paranoia makes them think that the voices are aimed at them.

19. N.Y.S. D.O.C.S. solution to all my medical problems is to prescribe very powerful addictive opoids. I have never used narcotics or abused prescription medication prior to my incarceration. I guess because I refused to become a zombie and decided to use my will-power to manage pain, I'm considered to be crazy as a loon. Only a rational person would have made the intelligent decision to avoid opiods.

20. N.Y.S. D.O.C.S. Executives, Medical staffs, New York County D.A.'s Office, Attorney General's Office, and State Judges have a distortion in the way they think and act, and how they express their emotions. Most important, in how they perceive reality. This is the psychotic element – their inability to tell what is real from what is imagined.

21. Between December of 1996 and August of 1998, I was under treatment for sleeplessness and sleep deprivation. In view of the fact I was on prescribed sleep medication, I decided to garage a Bentley, Aston Martin, and Jensen Interceptor. A serious mentally disturbed individual would not have rationalized that those status symbols and "honey trap" has become a dangerous weapon in the hands of an individual suffering from sleep disorder and deprivation.

22. With schizo-affective disorders there is generally a percipitate that causes an increase in crazy behavior. Apparently, the writer of the January 22, 2010 comprehensive Medical Summary does not have any experience working with the severely mentally impaired. It is my opinion that

her dishonesty and fraud is a deliberate attempt to prejudice me. This woman has never spoken to me, examined me, or provided any direct mental or medical care.

23. Anthropology and sociology are hobbies of mine, including languages. Prison is the best laboratory. It is a controlled environment with a very rich subject matter. I am confined in a medical housing unit. "Zombies" and the living dead make half of the population in this unit. I have no medical or psychiatric training, but it is not difficult to see who is actually crazy and who is faking it.

24. For 12 years, even from "my death bed", I have dedicated seventeen hours each day, six days a week, 365 days each year in a relentless single minded effort to expose the truth, prove my innocence, vindicate and exonerate my self, by using the judicial process with very logical, intelligent, and coherent briefs, motions, writs, and pleadings which the People of the State, with all their resources cannot fight a clean battle, so they have cravenly utilized the bogus affirmative defense of mental disorder.

25. In 2006, Strong Memorial Hospital Cancer Pain Clinic psychiatrists and psychologists rejected N.Y.S. D.O.C.S. serious mental disorder diagnosis. In October of 2005 – December 2008, Collins Correctional Facility Psychiatrist and C.S.W. rejected N.Y.S. D.O.C.S. diagnosis. Attica Correctional Facility Mental Health Unit from March of 2009 reaffirmed Ms. Mirriam Morrison C.S.W. May 2005 decision to discontinue Prozac for depression and Terzador for sleeplessness.

26. Ms. Morrison was my therapist when I was under N.Y.S. D.O.C.S. medical death sentence for a bogus stage IV metastatic cancer. She saw me through and helped me to deal with the horror of chemotherapy and nightmare of my death sentence. Zoe, my youngest sister, Victoria and Seraphina, my oldest sisters, and two younger brothers, who are all medical doctors and surgeons, applauded Ms. Morrison's decision, which was also approved by my private New York City psychiatrists, oncologists, urologists, internists and palliative medical surgeons.

27. These doctors, including my siblings, are Board Certified Fellows, attending physicians and medical school professors in the United States, Europe, united Kingdom, and British Commonwealth of Nations. Had it been Ms. Morrison's therapy was substandard or if she was incompetent, I would have told her so. I am a very blunt, out spoken, cynical, and sardonic

individual, who does not know how to brown-nose and where my health, welfare, liberty, life, happiness, finance, and family is concerned, I suffer no fools.

28. Between September 1998 and April 1999, the New York County District Attorney offered a not guilty as a result of temporary insanity plea. They demanded and Judge Herbert Altman revoked bail which was used in an attempt to black mail me into accepting A.D.A. John Ryan's insidious offer. Two separate psychiatric C.P.L.§730 Examinations was performed by the District Attorney's Office handpicked psychologists. The State expert was told that my team of private Board Certified Psychiatrists, clinical and forensic Psychologists would review their reports just in case they decided to be dishonest. But their psychiatric examination consisted of second grade civic lessons; who is the presidents of the United States; juvenile Arithmetic of counting from 100 backwards; "cognitivity test of do you know where you are?, what day of the week is today?"; identify the shape of several objects, etc. I retorted by asking them so very basic European history, Geographic, geometry, Algebra, African history, and current world affairs and financial questions, which they could not answer because of the limited scope of their xenophobic isolationist compulsory education.

29. According to them, I was a "retarded" intellectual snob. However, I was found competent to stand trial, and to proceed *pro se*. Ironically, Judge Herbert Altman was on Hadol and Thorzen. This information discovered by my former firm's private investigators and the disclosure in an open Court by me forced Altman to recuse himself. So when in 1999 I was diagnosed with a serious mental disorder, apparently, neither New York City or State Department of Correctional Services can provide incontrovertible proof. I voluntarily sought mental health therapy to deal with the trauma of an unjust incarceration for a non-existing crime.

30. Judge Starkhouse ordered the release of the fraudulently concealed C.P.L. §730 Examination Reports. Even though as an Acting Supreme Court Judge, he lacks the authority to reverse Judge Altman, who was elected order to proceed pro se without standby counsel's, he did. Charles J. Hynes, King County D.A.'s son, Kevin, who has been appointed as an A.D.A. by Jeanne Pirro in Westchester County, and known alcoholic, in addition to Howard Meyer, former First Executive A.D.A. James Kindler. Who is now a Court of Claims Judge, and

Frederick Miller, Judge Starkhouse mistress were appointed as standby counsel's to sabotage my defense as evident from the trial records. Those records for the third time have been lost in transit by N.Y.S. D.O.C.S. during my transfers.

31. During my 2008 first Board appearance presided by convicted child molester freak Chris Ortloff, this sanctimonious hypocrite bastard and reprobate was told that I'm not interested in parole. Collins Correctional Facility Senior Parole Officer Ms. Mangnus was given a copy of the New York county July 28, 1998 defective indictment. The New York City Probation Department original probation report was substituted with a summary of the defective indictment. The D.A. opposed parole after they discovered that I.C.E. will not be able to effect deportation to the Republic of South Africa because I'm not a citizen or national of that country. N.Y.S. D.O.C.S. has always buried its nose in the rectum of county prosecutor.

32. On November 11, 2009 a five prong preemptive attack against the New York County District Attorney's Office, New York State Attorney General, Department of Corrections, Unified Court System of New York, and Federal Court Clerks was launched by me. My weapon of choice were a Departmental Disciplinary Committee, Appellate Division, First Judicial Department Ethics Complaint; Federal Rules of Civil Procedure Rules 11 and 60(b)(1)(2)(3)(4)(5)(6); and Section 2254 Rule 6.

33. The Administrative Office of the United States Courts, Federal Bureau of Investigation, United States Department of Justice Office of the Legal Counsel, United States Attorney General, and the Whitehouse Counsel received services of those court papers. Evidence which cannot be controverted, supported my claim that since 1998, I have been the victim of a cabal of unethical, corrupt, dishonest, and incompetent court clerks para judges private fraud and void judgement.

34. Over 2000 pages of exculpatory evidence have been fraudulently concealed or destroyed by court clerks, prosecutors, and N.Y.S. D.O.C.S.. Judge's signatures have been forged on court orders by clerks. No Federal or State judge has read or reviewed my post conviction and civil litigation complaints since 1998.

35. I have no intention of making myself vulnerable to New York County District Attorney's Office blackmail and intimidation, neither do I have any desire to receive uninvited State officials who cannot even afford the monthly maintenance on my houses, to enter at will. My civil complaints

and post conviction reliefs are a clear and present danger to both the liberty and financial interests of all the prosecutors and clerks implicated in the framing and railroading me into State prison for a non-existing crime. Parole revocation will be uses as a threat to stop my litigation. I am very familiar with those reprobates and bloody fools *modus operadus*.

36. I'm not your typical uneducated, illiterate, indigent, psychotic, dysfunctional sociopath prisoner. I hold a L.L.B. Law, first class upper honors; L.L.M. International Law; L.L.Phd. Law, B.S.C. Philosophy, Political Economics, first class upper honors; M.B.A. International Finance; M.A. International Relations and Strategic Studies. I read, write, and speak Arabic, Basque, Mandarin-Chinese, Dutch, English, Flemish, Hebrew, Hausa Fulah, German, French, Japanese, Russian, Portuguese, Spanish, Zulu, Afrikaans, Greek, Latin, Amharic, Gallic, Welch, Hindi, and several Polynesian and African dialects. Some of these languages I taught myself in prison from tapes and dictionaries.

37. I'm better equipped to decide, if my health permits to make an intelligent choice regarding, the variety of options and invitations that I have received. Whether to join a Transnational Corporation, Foreign Investment Banks Management Consultant Firms, N.G.O.'s, Think Tanks, foundations, and join Family Owned Enterprises or lived off family Trust Fund incomes. The State of New York does not have the morale or Constitutional right to make decisions for me regarding health, residence, and employment, or who I choose to associate myself socially with. The Board, N.Y.S. D.O.C.S., New York County D.A. and State oxymoron 2008 decision which forbids me to accept a seven figure Investment Bank offer is the sort of stupidity that makes parole unattractive. I was not "convicted" of a fiduciary responsibility type of bank fraud. It was alleged that I committed Immigration fraud. Law firms do not have fiduciary responsibility; and neither are law firms financial institutions. The State will rather that I take a minimum wage job or go on public welfare.

38. The greatest irony here is the fact that my legitimate prison medical records qualify me for medical parole. But being the mendacious bigots and reprobates N.Y.S. D.O.C.S. Executives are, honest service is not in their lexicon. I'm legally blind and from 2001 Five Points Correctional Officers blunt force trauma to the head. My right hand was also damaged. I have a December 28, 2008 Collins S.H.U. lower spinal cord assault injury by officers. Adverse drug

reaction gynacomastia from their 4 years human clinical trial – prolonged and useless Androgen deprived therapy.

39. I also have chronic acute muscular and skeletal pain from bad toxic chemical and acid cancer therapies and hormones. N.Y.S. D.O.C.S. refused to follow their own doctors recommendation for curative treatment because their friends at Erie County Medical Center will not be in the position to defraud, since I won't allow these quacks to give me medical treatment. Lester Wright and Eileen Denesio have vetoed S.U.N.Y. Upstate University Medical Hospital, a State regional oncology center recommendation. My request to pay for the procedure was responded with a psycho-babble from Eileen Denesio who has demonstrated an abject ignorance as to how to be cost effective in managing health care funding. No wonder the State is broke. She subscribes to N.Y.S. D.O.C.S. penology anachronism doctrine.

40. This letter guarantees retaliation. In the past each time I have challenged the incompetency, corruption, unethical practice, and fraud of medical personal, guidance counselors, or executives, those individuals have called upon their uniformed friends and family to punish me. But, please remember, Federal Civil Rights criminal statutes does not have a statute of limitations. In light of the fact that I have active civil and Habeas Corpus litigations in Federal Courts, it will be a violation of Federal Criminal statutes if anyone attempts to impede my ability to litigate or obstruct justice.

41. Only a reversal of the repugnant, fraudulent and void verdict, a vacatur of the *ultral vires* and un-Constitutional judgement of conviction and a dismissal of the jurisdictional and subjective matter defective and fraudulent indictment or Executive Clemency from the Governor is acceptable. Don't you people have any decency or shame?

Your obedient servant,

Curtis Van Struyvesant

cc:    Maureen E. Boll
       Deputy Commissioner and General Counsel
       New York State Department of Corrections
       Building #2, State Office Campus
       1200 Washington Avenue
       Albany, New York 12226

       Cyrus Vance, Jr.
       District Attorney
       County of New York
       1 Hogan Place
       New York, New York 10013

       Hon. Jonathan Lippman
       The Chief Judge of the State of New York
       230 Park Avenue, Suite 826
       New York, N.Y. 10169

       Hon. David Patterson
       Governor of the State of New York
       Executive Chambers
       633 Third Avenue
       New York, N.Y. 10017

       Trevor Morrison
       Deputy White House Counsel
       Executive Office of the President
       1600 Pennsylvania Avenue, N.W.
       Washington, D.C. 20300

       Robert Mueller III
       Director, Federal Bureau of Investigation
       935 Pennsylvania Avenue, N.W.
       Washington, D.C. 20535-0001

       William R. Burchill, Jr.
       Associate Director, General Counsel
       Administrative Office of the United States Court
       One Columbus Circle
       Washington, D.C. 20544

Ms. Dawn Johnson
Chief Office of Legal Counsel
United States Department of State
950 Pennsylvania Avenue
Washington, D.C. 20530-0001

Mr. Tom Perez
Assistant U.S. Attorney General
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue
Washington, D.C. 20530-0001

Andrew Cuomo
Attorney General
State of New York
Department of Law
The Capitol
Albany, New York 12224-0341



STATE OF NEW YORK
EXECUTIVE DEPARTMENT
**DIVISION OF PAROLE**
97 CENTRAL AVENUE
ALBANY, NEW YORK 12206

**DAVID. A. PATERSON
GOVERNOR**

**ANDREA W. EVANS
CHAIRWOMAN & CEO**

March 16, 2010

Curtis Van Stuyvesant (99A4590)
Attica CF / Parole
PO Box 149
Attica, New York  14011

NYSID:  04940089P

Dear Mr. Van Stuyvesant:

Your letter dated February 16, 2010, a copy of which was sent to Governor Paterson, was forwarded to this office for response.

I read your rather lengthy letter which focused primarily on treatment and judgments made by medical and mental hygiene staff since your reception into the Department of Correctional Services.  Those matters should be addressed with staff at health services in the facility.  If there is a parole matter that needs to be addressed, you may contact me at this office address.

Sincerely,

John Lowrey
Deputy Director of Operations

JL/mjc

C:    Attica CF / Parole Office
      Central File



AN EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER

## STATE OF NEW YORK-EXECUTIVE DEPARTMENT-DIVISION OF PAROLE

### MEMORANDUM

**NAME:** VAN STUYVESANT, CURTIS   DIN# 99A4590   **DATE:** 04/12/04

**FROM:** APA N. OSTERTAG - ATTICA CORRECTIONAL FACILITY

**SUBJECT:** RESPONSE TO INMATE TAB

Notification has been received that you have received a Final Order of Deportation.  Please advise if you are in the process of an Appeal in order to determine if and when you will be eligible for an Early Conditional Parole for Deportation Only Hearing.

Thank you.

ACF-10

A024-333-326

RECEPTION/CLASSIFICATION SYSTEM
LEGAL DATE COMPUTATION

TYPE 92 (UPDATE OF P.E...P.H. AND/OR T.A.C.)

NAME: STUYVESANT, CURTIS

CURRENT LOCATION:

| | | TIME TO SERVE (MINIMUM) | |
| MINIMUM TERM | 00 00 | TIME TO SERVE (MAXIMUM) | |
| MAXIMUM TERM | | TIME OWED (MINIMUM) | |
| JAIL TIME (DAYS) | 0258 | TIME OWED (MAXIMUM) | |
| DATE SENTENCED | | PAROLE JAIL TIME (DAYS) | |
| MIN. MAX. EXP. DATE | | NET TIME OWED | |
| DATE DECLARED DELINQUENT | | PRIOR TIME CREDIT | |
| DATE RETURNED | | MERIT TIME (POSSIBLE) | |
| JAIL DATE RECEIVED | | GOOD TIME ADJUSTMENT | |
| DATE RELEASED | | GOOD TIME POSSIBLE | |
| DATE FAILED TO RETURN | | FINAL RESULTS | |
| DATE ESCAPED | | | |
| PREV. PWH ELIG DATE | | MERIT ELIGIBILITY DATE | 2006 |
| MAX STATE SENT. DATE | | PAROLE ELIGIBILITY DATE | 2009 |
| DATE DISCHARGED | | PAROLE HEARING DATE/TYPE | 2009 |
| DATE REAFFIRMED | | PAROLE HEARING RELEASE DATE | |
| | | MAXIMUM EXPIRATION DATE | 2010 |
| PAROLE BOARD DISCHARGE | | CONDITIONAL RELEASE DATE | 2014 |
| | PKG ME | T.A.C. DATE TYPE | 2013 |

REMARKS:

************************************************************************    Date: 09/08/10

INMATE COPY                      State of New York - Division of Parole
FORM 9026                        Parole Board Release Decision Notice

```
     Name:            VANSTUYVESANT,CURTIS
     DIN:             99A4590
     Nysid:           04840089P
     Facility:        ATTICA
     Interview Date:  09/07/2010
     Interview Type:  REAPPEAR

     ME Date:    08/20/2018
     CR Date:    12/20/2011
     Prev Hold:  24
```

|  |  |  | MIN SENT | MAX SENT |
|  |  |  | (YY-MM) | (YY-MM) |
| CONTROLLING CONVICTION(s) | ATTEMPT | FLCL |  | 04-00 |
| DEFRAUD-1 | NO | E | 01-04 | 07-00 |
| GRAND LARCENY-3 | NO | D | 02-04 | 04-00 |
| GRAND LARCENY-4 | NO | E | 01-04 | 04-00 |
| GRAND LARCENY-3 | YES | E | 01-04 |  |

```
     Sentencing Counties:      NEW YORK

     Jail Time in Days:        0358
     Prison Time in Months:    133

     OFFENSE SCORE
     Felony Class:        D
     Weapon Involvement:  NO
     Forcible Contact:    NONE

     PRIOR CRIMINAL HISTORY SCORE
     Misdemeanor Convictions:          0 THRU 2
     Jail Terms:                       0 THRU 1
     Felony Convictions:               0
     Prison Terms:                     0
     Probation/Parole Revocations:     NO
     On Probation/Parole:              NO
     Guideline Ranges:                 014-024 MONTHS
```

                        I N M A T E   C O P Y                    * * * * * * *

* * * * * * *



INMATE COPY
FORM 9026

State of New York · Division of Parole
Parole Board Release Decision Notice

Name:   VANSTUYVESANT,CURTIS
DIN:    99A4590
Nysid:  04840089P

Facility:        ATTICA
Interview Date:  09/07/2010
Interview Type:  REAPPEAR

Earned Eligibility Certificate :  INELIGIBLE
Supervision Fee:   ELIGIBLE
Certificate of Relief from Disability:   ELIGIBLE

Parole Decision:
   DENIED - HOLD FOR 24 MONTHS, NEXT APPEARANCE DATE: 05/2012

Conditions of Release/Staff Instructions/Reasons for Denial:

YOU APPEARED AND REFUSED TO BE INTERVIEWED.  THIS IS YOUR SECOND

REFUSAL TO PARTICIPATE.

FOLLOWING CAREFUL REVIEW AND DELIBERATION OF YOUR RECORD, THIS PANEL

CONCLUDES THAT DISCRETIONARY RELEASE IS NOT PRESENTLY WARRANTED DUE

TO CONCERN FOR THE PUBLIC SAFETY AND WELFARE.  THE FOLLOWING FACTORS

WERE PROPERLY WEIGHED AND CONSIDERED.

YOUR INSTANT OFFENSES IN MANHATTAN IN 1997 AND 1998 INVOLVED YOU

REPRESENTING A FICTITIOUS LAW FIRM WHEREIN YOU DEFRAUDED ILLEGAL

ALIENS.  YOUR CRIMINAL HISTORY INDICATES THE INSTANT OFFENSES TO BE

YOUR ONLY CONVICTIONS OF RECORD.

YOUR INSTITUTIONAL PROGRAMMING INDICATES YOU HAVE APPARENTLY NOT

COMPLETED ANY PROGRAMS.

YOUR DISCIPLINARY RECORD REFLECTS ONE TIER II AND ONE TIER III

REPORT.

YOUR DISCRETIONARY RELEASE, AT THIS TIME, WOULD THUS NOT BE

COMPATIBLE WITH THE WELFARE OF SOCIETY AT LARGE, AND WOULD TEND TO

DEPRECATE THE SERIOUSNESS OF THE INSTANT OFFENSES, AND UNDERMINE

RESPECT FOR THE LAW.

IF CONDITIONALLY RELEASED, THE FOLLOWING SHALL APPLY:

   I WILL SEEK,OBTAIN,AND MAINTAIN EMPLOYMENT AND/OR AN ACADEMIC/
                                                      (continued)

* * * * * *         I N M A T E   C O P Y          * * * * * * *
* * * * * *.



INMATE COPY
FORM 9026

State of New York - Division of Parole
Parole Board Release Decision Notice

Name: VANSTUYVESANT,CURTIS                    Facility:       ATTICA
DIN:   99A4590                                 Interview Date: 09/07/2010
Nysid: 04840089P                               Interview Type: REAPPEAR

VOCATIONAL PROGRAM.

I WILL SUBMIT TO SUBSTANCE ABUSE TESTING AS DIRECTED BY THE P.O.

I WILL PARTICIPATE IN AN ALCOHOL ABUSE TREATMENT PROGRAM AS

DIRECTED BY THE P.O.

I WILL NOT CONSUME ALCOHOLIC BEVERAGES.

I WILL NOT FREQUENT ANY ESTABLISHMENT WHERE ALCOHOL IS SOLD OR

SERVED AS ITS MAIN BUSINESS WITHOUT THE PERMISSION OF THE P.O.

I WILL NOT OPERATE ANY MOTOR VEHICLE,APPLY FOR,RENEW,OR POSSESS

ANY DRIVERS LICENSE WITHOUT THE WRITTEN PERMISSION OF THE P.O.

I WILL ABIDE BY A CURFEW ESTABLISHED BY THE P.O.

I WILL PARTICIPATE IN ANTI-AGGRESSION/ANTI-VIOLENCE COUNSELING AS

DIRECTED BY THE PAROLE OFFICER.

I WILL COOPERATE WITH ALL MEDICAL REFERRALS AND TREATMENT

RECOMMENDATIONS.

I WILL COMPLY WITH ALL COURT ORDERS INCLUDING THOSE ORDERING

FINES,SURCHARGES,AND/OR RESTITUTION.

I WILL NOT ACT IN ANY FIDUCIARY CAPACITY WITHOUT THE PERMISSION OF

THE P.O.

I WILL NOT HAVE A CHECKING,SAVINGS,DEBIT,OR CREDIT CARD ACCOUNT

WITHOUT THE PERMISSION OF THE P.O.

I WILL PROCEED DIRECTLY TO THE ICE WARRANT AND IF RELEASED PRIOR

TO THE MAXIMUM EXPIRATION DATE OF MY SENTENCE OR IF RELEASED PRIOR TO

THE POST-RELEASE SUPERVISION MAXIMUM EXPIRATION (PRSME) DATE, I WILL,

WITHIN 24 HOURS OF MY RELEASE, REPORT TO THE AREA OFFICE AS NOTED ON

MY CERTIFICATE OF RELEASE. IF DEPORTED, I UNDERSTAND THAT I CANNOT
                                                    (continued)

* * * * * *            I N M A T E   C O P Y            * * * * * * *



INMATE COPY
FORM 9026

State of New York - Division of Parole
Parole Board Release Decision Notice

Name:  VANSTUYVESANT,CURTIS
DIN:   99A4590
Nysid: 04840089P

Facility:        ATTICA
Interview Date: 09/07/2010
Interview Type: REAPPEAR

RE-ENTER THE UNITED STATES UNLESS MY RE-ENTRY IS AUTHORIZED UNDER

8 U.S.C 1326. IF I AM CONVICTED OF ILLEGALLY RE-ENTERING THE UNITED

STATES, 8 U.S.C. 1326 AUTHORIZES THE UNITED STATES DISTRICT COURT TO

IMPOSE A FINE, PERIOD OF IMPRISONMENT UP TO TEN (10) YEARS, OR BOTH.

I FURTHER UNDERSTAND THAT I CANNOT RE-ENTER THE UNITED STATES PRIOR

TO THE MAXIMUM EXPIRATION OF MY SENTENCE, UNLESS I RECEIVE PRIOR

WRITTEN PERMISSION FROM THE NEW YORK STATE BOARD OF PAROLE. ALSO, I

FULLY UNDERSTAND THAT RE-ENTRY TO THE UNITED STATES, PRIOR TO THE

MAXIMUM EXPIRATION OF MY SENTENCE, MAY BE THE BASIS FOR A REVOCATION

OF MY RELEASE.

Comments:

   PO: 1,2,4-8,10,18,20,22,23,31A,31B; BD.: 1,2,4-8,10,18,
   20,22,23,31A,31B

FOLLOWING DELIBERATION, THIS DECISION IS BASED ON REVIEW OF THE CASE RECORD AS
WELL AS THE INTERVIEW WITH PAROLE BOARD MEMBERS.

FPO II        : JEFF HELF

          INMATE  COPY              * * * * * * *

* * * * * * *



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**State of New York - Division of Parole**
**Parole Board Release Decision Notice**

Date: 05/05/10

INMATE COPY
FORM 9026

Name:              VANSTUYVESANT,CURTIS
DIN:               99A4590
Nysid:             04840089P
Facility:          ATTICA
Interview Date:    05/04/2010
Interview Type:    REAPPEAR

ME Date:     08/20/2018
CR Date:     12/20/2011
Prev Hold:   24

| CONTROLLING CONVICTION(s) | ATTEMPT | FLCL | MIN SENT (YY-MM) | MAX SENT (YY-MM) |
|---|---|---|---|---|
| DEFRAUD-1 | NO | E | 01-04 | 04-00 |
| GRAND LARCENY-3 | NO | D | 02-04 | 07-00 |
| GRAND LARCENY-4 | NO | E | 01-04 | 04-00 |
| GRAND LARCENY-3 | YES | E | 01-04 | 04-00 |

Sentencing Counties:    NEW YORK

Jail Time in Days:       0358
Prison Time in Months:   129

OFFENSE SCORE
Felony Class:         D
Weapon Involvement:  NO
Forcible Contact:    NONE

PRIOR CRIMINAL HISTORY SCORE
Misdemeanor Convictions:         0 THRU 2
Jail Terms:                      0 THRU 1
Felony Convictions:              0
Prison Terms:                    0
Probation/Parole Revocations:    NO
On Probation/Parole:             NO
Guideline Ranges:                014-024 MONTHS

\* \* \* \* \* \*                I N M A T E   C O P Y                \* \* \* \* \* \*



Date: 05/05/10

INMATE COPY
FORM 9026

State of New York - Division of Parole
Parole Board Release Decision Notice

Name: VANSTUYVESANT,CURTIS
DIN:   99A4590
Nysid: 04840089P

Facility:        ATTICA
Interview Date: 05/04/2010
Interview Type: REAPPEAR

Earned Eligibility Certificate :    INELIGIBLE
Supervision Fee:   ELIGIBLE
Certificate of Relief from Disability:    ELIGIBLE

Parole Decision:
    POSTPONED 03 MONTHS, NEXT APPEARANCE DATE: 08/2010 OR EARLIER

Conditions of Release/Staff Instructions/Reasons for Denial:

    POSTPONED 3 MONTHS OE.   INMATE'S REQUEST FOR PENDING CLEMENCY REVIEW.

Comments:

    PP 3 OE. INMATE REQUEST -CLEMENCY REVIEW.

FPO II        : JEFF HELF

I N M A T E    C O P Y            * * * * * * *

* * * * * * *



**CHAUTAUQUA MRI**
A DIVISION OF JUNIPER RADIOLOGY, PC

HOWARD L. STOLL III, M.D. · MARK W. FENZL, M.D.
716.934.9001

Patient name: Curtis VanStuyvesant    99A4590
Date of Birth: July 5, 1954
Referring Physician: Alisha Schunk RPA/Jadow Rao M.D.
Date of Procedure: March 11, 2009

## MRI OF THE LUMBAR SPINE WITH AND WITHOUT CONTRAST

**CLINICAL HISTORY**: 54-year-old male with prostate carcinoma and low back pain.

**TECHNICAL**: Multiple sagittal and axial images of the lumbar spine were obtained emphasizing a variety of pulse sequences before and after the uneventful intravenous demonstration of a 15-ml dose of gadolinium contrast.

**FINDINGS**: The bone marrow signal in all of the visualized lumbar and sacral segments is normal. Mild desiccation is seen at the L4-5 interspace. The lumbar spine disk spaces are otherwise normal in height and signal. The conus medullaris is normal in appearance. A far left L4-5 disk protrusion is seen, however the protruding disk material is not compressing or encroaching on the exiting left L4 nerve root. There is no other evidence of disk herniation, spinal stenosis or nerve or compression appreciated in the levels of the spine. No enhancing intra-or extra-axial spine lesions are appreciated.

**IMPRESSION**:
1) Far left L4-5 disk protrusion, however the protruding disk material is not compressing the exiting left L4 nerve root.
2) Otherwise, unremarkable MRI of the lumbar spine. No MRI evidence of metastatic disease is appreciated.

Thank you for referring this patient.

REVIEWED BY (IL.) _____ 3/27/09 DATE
☑ NO ACTION IS REQUIRED AT THIS TIME
☐ REPORT TO SICK CALL
☐ FOLLOW UP WILL BE ARRANGED WITH A PRIMARY PROVIDER
☐ FOLLOW UP WILL BE ARRANGED WITH A SPECIALIST
☐ NOTIFICATION FORM COMPLETED AND DISTRIBUTED

Mark W. Fenzl M.D.





STATE OF NEW YORK

**DEPARTMENT OF CORRECTIONAL SERVICES**

THE HARRIMAN STATE CAMPUS – BUILDING 2

1220 WASHINGTON AVENUE
ALBANY, N.Y.  12226-2050

(518) 457-4951
FAX (518) 457-7555*
*Not for service of papers

**BRIAN FISCHER**
COMMISSIONER

**MAUREEN E. BOLL**
DEPUTY COMMISSIONER AND COUNSEL

March 31, 2010

Mr. Curtis Van Stuyvesant
99-A-4590
Attica Correctional Facility
Exchange Street
Attica, NY  14011-0149

Dear Mr. Van Stuyvesant:

This is to acknowledge receipt of a carbon copy of a letter that you addressed to William R. Burchill, Jr., Associate Director and General Counsel of the Administrative Office of the United States Courts.

While the majority of the issues raised in your letter were not related to the operation of this Department, concerns were expressed over the processing of your legal mail and the adequacy of your access to the Law Library at Attica Correctional Facility. Such concerns should be addressed through the timely filing of an inmate grievance in accordance with Department Directive #4040, "Inmate Grievance Program." The Inmate Grievance Program provides inmates with an orderly, fair and expeditious method of resolving grievances pursuant to the Correction Law.

Very truly yours,

Maureen E. Boll
Deputy Commissioner and Counsel

MEB:14

cc: Superintendent Conway, Attica C.F.

*PRO SE* OFFICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 230
NEW YORK, NEW YORK 10007

**RECEIVED**

AUG 1 2 2009

ATTICA CORR. FACILITY
SUPERINTENDENT'S OFFICE

J. MICHAEL McMAHON
CLERK OF COURT

August 3, 2009

Re: <u>Stuyvesant</u> v. <u>Conway</u>, No. 03 Civ. 03856 (LAK)(DCF)

Dear Litigant:

I am writing with regard your letter dated July 6, 2009 which was received in the chambers of the Honorable Kimba M. Wood, United States District Judge on July 8, 2009. Your letter was forwarded to the *Pro Se* Office, so that we may assist you. A careful review of the Court's records indicates that the above captioned matter is no longer pending. On July 16, 2009, the United States Court of Appeals for the Second Circuit issued a mandate denying the Rule 60(b) motion filed and dismissing the appeal. I have enclosed a copy of the mandate and docket sheet for your review. Therefore, I am returning your papers to you because the matter is closed and nothing further can be accepted with the exception of a motion for reconsideration. I have enclosed motion instructions for your use. Please be advised that your papers are illegible and it is unclear what you are attempting to do. To avoid any delays in the processing of your papers, I am recommending that you type your papers should you have access to a typewriter or computer.

I hope this information is of assistance to you. Should you have any further questions, you may contact this Office at the above address or the telephone number listed below during our normal business hours, 8:30 a.m. - 5:00 p.m., Monday-Friday (except federal holidays). Please note that we cannot accept collect calls.

Sincerely,

*Pro Se* Clerk
(212) 805-0175

*Office of Detention and Removal Operations*



**U.S. Department of Homeland Security**
130 Delaware Avenue
Buffalo, New York 14202

**U.S. Immigration
and Customs
Enforcement**

April 13, 2010

**Mr. Curtis Vanstuyvesant**

**A024 353 326**

**Din# 99A4590**

**Attica Correctional Facility**
639 Exchange St
Attica, New York 14011-0149

Dear Mr Vanstuyvesant:

Records indicate that you have been ordered removed from the United States. In order to facilitate your release from the New York State Department of Correctional Services into the custody of Immigration and Customs Enforcement (ICE), please send your passport, birth certificate, or any other national identification document to the address listed below:

> DHS/ICE/Detention and Removal Operations
> Attn: D.O. Scott
> 130 Delaware Avenue
> Buffalo, New York 14202

Please be advised that when we are in possession of a valid travel document and when the New York State Department of Correctional Services establishes a release date for you, we will take you into custody and arrange for your departure from the United States. If you are not in possession of any national identification documents, please contact family, friends, consular officers, attorneys and/or representatives, and the Inmate Records Coordinator at the facility, and ask them to send them to us. Also, please complete the attached forms to the best of your ability and return it to the address listed above as soon as possible. Be sure to write your "A" number, A024 353 326, on any correspondence you may send us.

Thank you for your attention to this matter.

Very truly yours,

Michael T. Phillips
Field Office Director
Detention and Removal Operations

J



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

·PUBLIC INTEGRITY BUREAU

ANDREW M. CUOMO
Attorney General

April 9, 2010

Curtis Van Stuyvesant
DIN #99-A-4590
Attica Correctional Facility
P.O. Box 149
Attica, NY 14011

RE:    Complaint # 10-0398

Dear Mr. Van Stuyvesant:

On behalf of Attorney General Andrew M. Cuomo, I thank you for the information you provided to the Public Integrity Bureau in your complaint dated February 16, 2010.

The Public Integrity Bureau seeks to vindicate the public's interest in honest government. When government actors, or private individuals acting in concert with them, engage in corrupt, fraudulent, or other illegal behavior in the course of their public duties, the Public Integrity Bureau may investigate or take enforcement action. The Public Integrity Bureau receives thousands of complaints each year. Due to the high volume of complaints, the limits of our resources, and the constraints of our jurisdiction, the Bureau cannot act on or otherwise investigate every complaint.

We will review your correspondence closely to evaluate whether sufficient basis exists for action by the Attorney General. If we need any additional information, we will contact you. In the meantime, if you obtain any additional relevant information, please do not hesitate to send it to us at the address below referencing the complaint number listed above.

Please be advised that this Office does not provide legal opinions nor represent individuals. If you believe that you may have an individual claim, you may wish to consult a private attorney. Your local bar association provides attorney referrals. ***Please note***: **The complaint you have filed with this *Office has no effect on any statute of limitations filing deadlines that might apply to your claim.*** By filing a complaint with this Office, you have not initiated a lawsuit or a proceeding, nor has this Office initiated a lawsuit or a proceeding on your behalf.

Thank you again for bringing this matter to our attention.

Very truly yours,

Rachel S. Pauley
Confidential Assistant for Legal Matters
Public Integrity Bureau

RSP/gb