# NEWS IN BRIEF

## Mayer Brown Finance Partner Joins DLA Piper

DLA Piper has hired a finance partner in New York from Mayer Brown. Peter V. Darrow, the co-head of Mayer Brown's Latin American practice, will join DLA as a partner. Roger Meltzer, chair of DLA's corporate and finance practice, said Mr. Darrow has a "significant client list" and will help strengthen its expertise on finance in Latin America. DLA last month announced an alliance with Campos Mello Advogados in Brazil, a hot area of finance activity. Mr. Darrow's hire is "very much a fit in accordance with our strategic vision," Mr. Meltzer said.

Mr. Darrow is the second New York finance partner to depart Mayer Brown in recent days, with Proskauer Rose hiring Ron D. Franklin last week. Despite the departures, the firm continues to look to expand its banking and finance practice, said David Duffee, the practice's head in New York. Mr. Duffee in a statement pointed to recent hires of project finance partner George K. Miller from Simpson Thacher & Bartlett and capital markets partner Joshua Cohn from Allen & Overy as "examples of this plan for strategic growth." Mayer Brown last week laid off 75 people, including 28 associates and counsel, citing a decline in demand for services.

—Nate Raymond

## Bruno Loses Bid To Delay Sentencing

A federal judge has declined, without explanation, to honor a request by the state Senate's former Republican majority leader that sentencing in his case be delayed until at least 30 days after the U.S. Supreme Court rules in three cases involving the federal theft of honest services statute. Joseph L. Bruno was convicted by a Northern District jury of two counts of mail fraud and wire fraud related to what prosecutors said was his theft of honest services while Senate majority leader. He was accused of enriching himself by at least $3.2 million in private business dealings by exploiting his political post. He faces a fine of up to $250,000 and up to 20 years in prison on each count.

Mr. Bruno's attorney, William J. Dreyer of Dreyer Boyajian,

wrote to Judge Gary L. Sharpe that the high court's rulings in three honest services cases could affect the validity of Mr. Bruno's conviction and sentence. "The constitutionality, scope and application of this statute are seriously in question," Mr. Dreyer wrote. "If the statute is struck down or limited, the decision will impact the verdict or other aspects of the Bruno case, including the sentencing." In a terse note, Judge Sharpe said Mr. Bruno's sentencing will go on as scheduled on May 6.

Observers say they expect the high court to issue its rulings by late May or early June in the three cases challenging the theft of honest services statute: *Weyranch v. United States*, 08-1196, *Black v. United States*, 08-876, and *Skilling v. United States*, 08-1394. Judge Sharpe had earlier granted the defense a delay in sentencing from March 26 to give attorneys for Mr. Bruno, 81, more time to assemble statements from supporters.

—Joel Stashenko

## Panel Reinstates Executrix Removed for Counsel's Acts

A woman who was disqualified from serving as executrix of an estate because of the "vexatious conduct" of her attorneys has been reinstated by a state appeals court. Brooklyn Surrogate Margarita López Torres removed Joanne Zaccaria from the administration of the estate of her godmother, Paula Venezia, because of the bitter conflict between Ms. Zaccaria's counsel—Alfred Sica and the firm of Vaneria & Spanos—and the estate's sole beneficiary, Ms. Venezia's nephew (NYLJ, Nov. 8, 2007).

In a recent decision, the Appellate Division, Second Department, placed responsibility for the conflict on the beneficiary, and reversed the surrogate's order. The "evidence adduced at the hearing demonstrates that the objectant was the source of the friction and hostility  » Page 4

> **Nine States Report Considering Changes To Mandatory Judicial Retirement Policies  »2**

# Companies Victimized Immigrants, Cuomo Charges

BY JOEL STASHENKO

ALBANY

SEVERAL companies in the New York City area charged with providing bogus legal assistance to thousands of immigrants have agreed to cease operations and to pay up to $1.2 million in restitution under an agreement announced yesterday by Attorney General Andrew M. Cuomo.

Few, if any, of the employees of the American Immigrants Federation and five related firms were actually attorneys authorized to provide the citizenship and visa services they offered to 20,000 customers, according to Mr. Cuomo.

Indeed, much of the advice they provided was unnecessary or actually harmful, and many of the clients did not realize this until they faced deportation, the attorney general said.

Michael F. Bachner of Bachner & Associates represented Estela Figueredo and American Immigrants Federation, of which she was president. He said yesterday that Ms. Figueredo, who is not an attorney, did not admit any wrongdoing in connection with the agreement with Mr. Cuomo.

"Ms. Figueredo is gratified that she was able to amicably resolve the case with the attorney general's office and is looking forward to serving the Latino community in ways unrelated to the immigration service," Mr. Bachner said.

Closure of the American Immigrants Federation and its affiliates is the latest action by the attorney general against companies improperly providing legal services to immigrants.

Last August, Mr. Cuomo shut down three companies—Immigration Solutions and Systems Inc., of Manhattan; Alisandra Multiservices Inc., of Brentwood; and All Immigration Services of Great Neck—and sued three others.

In January, he sued the International Immigrants Foundation, the International Professional Association and their president, Edward Juarez, for fraud and the illegal practice of law.

Mr. Cuomo said the publicity generated by the earlier probes made the investiga-  » Page 7

**Online**

# Immigrants

« Continued from page 1

tion of Ms. Figueredo's company easier.

"After our previous actions against scammers that target immigrants, more and more victims of fraud have come forward and brought cases to our office," Mr. Cuomo said in a statement.

Ms. Figueredo was a heavy advertiser on Spanish-language TV and radio stations.

The attorney general contended that American Immigrants Federation demanded a $100 annual fee as well as additional fees, sometimes totalling in the thousands of dollars, for processing paperwork the company said was necessary to secure green cards.

In fact, the attorney general's office said, the paperwork was either unnecessary or even damaging to immigrants by detailing the whereabouts of people in the United States illegally whose green card applications could not succeed at this time without changes that have been discussed on the national level by President Barack Obama and Congress.

In addition to providing ineffective services to immigrants, Mr. Cuomo's office said American Immigrants Federation workers also misrepresented their qualifications, charged clients excessive fees, improperly dispensed legal advice and processed immigration paperwork that non-lawyers are not authorized to prepare.

Other companies affiliated with the American Immigrants Federation and Ms. Figueredo were American Legal Immigration Services Inc.; American Legal Immigrant Services Inc.; American Immigrant Advertising Services Inc.; American Advertising Agency Inc.; and American Immigrant Services Inc., according to Mr. Cuomo's office.

Under an assurance of discontinuation signed by Ms. Figueredo and state officials, the companies agreed to close and Ms. Figueredo agreed to never again operate a business offering legal services to immigrants.

She also agreed to notify all clients by mail in their native language about the agreement and that restitution is available to former customers who feel they were charged excessively for services.

## Assistance to Customers

An aide to Mr. Cuomo said the attorney general's office would also work with the American Immigration Lawyers Association, the New York County Lawyers' Association, the Northern Manhattan Coalition for Immigrant Rights, Catholic Charities and the New York Immigration Coalition to locate former clients of American Immigrants Federation, review their legal cases and help them apply for restitution, where appropriate.

Deborah J. Notkin, co-chairwoman of the committee on the unauthorized practice of law of the American Immigration Lawyers Association's New York chapter said in an interview it is difficult to get client files from businesses involved in the immigrant legal services business.

"This genre is notorious for saying they don't know where the file is," said Ms. Notkin, who is with the immigration law firm of Barst, Mukamal & Kleiner.

Working through the "nightmare" of access to clients' files is necessary to tell what paperwork has been filed on clients' behalf with immigration agencies and the status of citizenship applications, whether valid or invalid, Ms. Notkin said.

According to Ms. Notkin, almost all ethnic communities of any size are preyed on by those offering legal assistance for citizenship applications. But she said companies catering to Spanish-speaking immigrants are most prevalent because of large numbers of people from Latin countries living in New York City and the relative ease of reaching that population through Spanish-language media.

A spokesman for Mr. Cuomo said the investigation is continuing into the illegal practice of the law and other possible criminal charges stemming from the probe of immigration legal services providers.

@ | Joel Stashenko can be reached at
jstashenko@alm.com.

# SUPPORT SERVICES

To advertise Litigation Support Services

and to receive advertising information,

please contact:

## BETH BIANCULLI

Phone: (212) 457-9464

BBianculli@alm.com

NYLawyer.com has a new web address.
Our new domain is: www.nylj.com/nylawyer