Curtis Van Stuyvesant
Political Prisoner 99A4591
Attica Correctional Facility
P.O. Box 149
Attica, N.Y. 14011-0149
Dated: 14th, September, 2010

Hon. Cyrus Vance Jr.
District Attonrey
County of New York
District Attorney Office
1 Hogan Place
New York, N.Y. 10013

RE: Consfication of 250 Million
Dollars worth of negotiable
Financial Instruments and
Cash without a Forfeiture
Proceeding.

Indictment No. 5291-98



Dear Mr. Vance Jr.,

1) The New York County District Attorney's Office, Special Prosecution Bureau's Office, went to war in this case. They basically took the psycho fiction of a spurned lover's vindictive and malicious false complaint of domestic violence which has been rejected by New York Police Department, the Bronx County District Attorney's Office, and three other separate states law enforcement agencies, as an excuse, by former A.D.A. John Ryan, to fabricate a non existing, United States Constitution Article III, federal subject matter jurisdiction, immigration and nationality act crime, codified under Title 8 and 18 United States Anonated Codes.

2) When the New York County district attorney makes you a target, a truly dangerous prosecution power is the asset forfeiture laws which allows the government to seize and basically keep the property supposedly used in the commission of a crime. Under Federal Law 18 U.S.C. §1961 et seq, 19 U.S.C. §1301 et seq, 21 U.S.C. §801 et seq, and New York state, See C.P.L.R. 7201, Penal Law §220.00 et seq, Executive Law 620 et seq, Mental Hygiene Law §19.01 et seq, 23.01 et seq; your property is charged with the offense which makes it a civil action, rather than a criminal case. Even if you are never charged with a crime, or charged and acquitted, it can take years and cost you a fortune to get back your property.

3) But if you are convicted of the crime, the government is entitled to sell your property, with the proceeds divided among all the agencies participating in the original seizure.

4) Here the New York county district attorney's special prosecution bureau believed the urban legend and buppys and yuppys and executives myth that i have a safe at home containing over ten million dollars in cash, manages narco dollars money counting stash houses, or that i was the personal bankers for

(1)

corrupt third world head of states and their military commanders, who have looted their national treasury and foreign financial aid programs.

5) If that information was accurate, it would be sufficient for the United States Attorney's Office, the Federal Bureau of Investigation, and the United States Department of Justice and not the New York county district attorney's office to seize those phantom assets, in Westchester County New York, Fairfield County, Pennsylvania. It would have been very neat and legal. The Participating agencies would have split the proceeds and get paid for their work.

6) There was no criminal case. The New York County district attorney's office special prosecution bureau, and district attorney investigation did not uncover any narcotic money counting or storage stash houses and evidence that i was the private banker for corrupt head of states or a safe in my home, containing ten million dollars in cash. Nothing stopped John Ryan et al from obtaining a search warrant. The New York county district attorney's office did not want this seizure to be perfectly legal. Instead, my home was broken into with a stolen set of keys in Scarsdale. Bank accounts information, cancelled checks, deposit slips, monthly statements and bank safe deposit box information was obtained with a district attorney's office subpoena, after an illegal breaking an entering at the Worth Street New York branch office of Fox, Stewart, Van Stuyesant and Tate et cie, a forged warrant annexed to a Cinderella affidavit was used by the special prosecution bureau prosecutors and D.A. office investigators in a confirmatory illegal search and seizure on Worth Street.

7) Forensic computer technicians employed by the New York county D.A.'s office and computer expert consultants employed by the D.A. could not breach my fire walls or crack both my firm and private home office computer codes. A virus was sent by me from Hawaii in april of 1998 from my cell phone to destroy all business and personal financial records stored in both my home and Law

(2)

firms/office computers.

8) The D.A.'s Office went to war on this case. No one in three and half a decade of Morgenthau reign have seen attitude similar to what i experienced in this case. The D.A. took illegal actions to insure a conviction. Among other actions they intimidate thirty witnesses for the defense, rigged A.D.A.'s and Court attorney into the petite Jury, lied to a selected Juror who said: he will not find for the prosecutor if they lack jurisdiction, that the matter has been dismissed, deprived me of counsel of my choice, sabotaged my defense with three stand by counselors, who is a friend of the D.A., the girlfriend of the trial Judge and the son of the King County's D.A., used false evidence, perjured testimonies nad even wired tapped my Manhattan house of detention phone to listen to constitutionally protected conversation with potential defense and appellate counsels, had an informant Frederica Miller Esq, secreted in the defense environs, and refused to inform the defense as mandated by law, that I.C.E. investigation unit released my victimless purported victims certified immigration files, which proved my actual innocence and memorandums from the New York State Attorney General, F.B.I. and United States Attorney S.D.N.Y. declining to prosecute.

9) It was during my pretexual selective, vindicative, malicious, prosecution, that i jully understood that the government doesn't always work for the benefit of justice. That the government can become the enemies of it's people. The New York city police department was not involved in People v. Van Stuyvesant 5291-98. John C. Ryan, Jennifer May-Parker, David Smith, Leroy Fraizer, Elyza Ruzzow, James Kindler, Rhaul Kale, Bouchard et al (prosecutors) conducted the investigation. Chung, Harrington, Jackson, Axelrod, Vechieo, et cie...D.A. (investigators) did the heavy lifting and dirty work, i.e. burglary for a garden variety false complaint of a jurisdictional defective violation of a Bergen County, New Jersey supreme court order of protection, in which the

(3)

alleged victim, Mary Lawson, a New York City Department of Health Assistant Commissioner, who was a life long Bronx County new York resident, was assisted by New York D.A. prosecutors, to create a fictious East Orange, Essex County, New Jersey address, which was used to dupe a New Jersey Superior Court Judge, so sign an order of protection, because no judge in the unified court system of new York was willing to do so. N.Y.P.D. detectives in the Bronx County D.A. rejected her bald face lies.

10) The D.A. spent almost three million dollars, used Fourteen Prosecutors on this case in addition to (12) twelve law clerks and dozens of D.A. Investigators. They used the service of Interpol, the New Scotland Yard in England; the Royal Canadian Mounted Police; Law enforcement agencies in Hong Kong, Japan, Switzenland, Litchtestein, Luxemburg, Malta, Gibralta, Isle of Mann, Panama, Antigua, Cayman Island, Bermuda, Bahamas, British Virgin Island, etc, were also contacted for assistance in tracking my alleged multi-billion dollar criminal enterprise off shore banking accounts and assets.

11) The whole purpose of the world wide search for my assets was to compensate my alleged victims for their purported loss, as restitution for their loss. Twenty Five Hundred clients files were "seized" in New York, in addition to Fifty files "seized" in Scarsdale.

12) Mr. Larry Loo, Canal Street, New York City, branch manager for the Dime Savings Bank FSB, Sub nom; Washington Mutual FSB, Sub nom, J.P. Morgan Chase Bank N.A., testified for the people. During my cross examination he assured me that the junds in three separate bank accounts and the contents of my safe deposit box were available to me on demand. A.D.A. Rhaul Kale knew that Mr. Loo perjured himself because in December of 1998 the three accounts had a negative balance, ZERO. Furthermore, between May 5th, 1998 and July 27th, 1998, A.D.A. Jennifer May-Parker, John Ryan, David Smith, Leroy Fraizer, James Kindler, Eylza Ruzzow, Buchards, (assistant district attonrey's) and himself, Vechieo, Chung,

(4)

Harrington, (Investigators) made a fool out of Judge Starkhouse, because they were cognizant of the fact that, over one million dollars in cash, (Bank Accounts) One Million Dollars in British pound sterlings, German marks, Canadian and American dollar (Large Notes), Travellers Checks, Kuggerand and Maple Leaf Gold Coins (Safe Deposit Box) and Twenty point Five Million Dollars (Circa 1954 face value worth) of bearer bonds, bullion bearer certificates and investment grade diamonds (Safe Deposit Box) was already forfeited without a forfeiture proceedings.

13) After my sentence, from the Manhattan House of Detention i contacted Mr. Loo by phone. He suggested that i memoralized my demand in writing. The decision to close down my accounts was made after i was returned on 6/23/98, (i.e. Misdemeanor Bench Warrant) for an alleged contempt of Court. A Bermuda based Paris, French Owned Bank, personal banker in New York was called upon to give Mr. Charles Robinson Esq. five thousand dollars to post my cash bail, because i could not even use the phone to order the Dime Savings Bank to wire transfer cash for my bail. However, i never had the chance because on 6/25/98, i flew back to Hawaii. On or before the 7th of July 1998 i executed a C.P.L. §190.50, grand jury waiver which was attached to my United States Immigration Re-Entry permit, and both was served upon James Kindler.

14) Mr. Larry Loo responded to my letter. He suggested that i should contact Mr. Michael Eng who was the Dime Savings Bank of New York FSB and Dime Bank Corporation General Counsel and Vice President. He referred me to one of the most despicable, mendacious, unethical, reprobate and manipulative, pathological liar and Sociopath i have ever encountered in the person of Sharon Narvarro, Esq. Ms. Narvarro was informed that i have elected to give my ex-wife who is the mother of my sons, a power of attorney to take control over my Dime Savings Bank of New York accounts and assets. I have broken my short engagement to Ruth Dowell after my detention, and i was a widower. My siblings resided abroad and

(5)

my daughter was in her JD/MBA, Final Year out of State.

15) The Power of Attorney was faxed by my ex-wife to Narvarro for her approval. Mr. Loo was contacted for an appointment. Narvarro, Eng and Loo continued to assure me that there was no forfeiture attachment and that the district attorney office received only copies of my bank records. On August 5th, 1999, my ex presented the original copy of my power of attorney to Mr. Loo. For the first time she was told that because she did not have a key to my Safe deposit box, she must idenmnify the bank from any property damage or personal unjury, because they would have to use a locksmith to drill open the Safe Deposit Box. See New York Civil Practice Law and Rules, Section §4545, 1464. She was directed to a Chinatown Word Process Service and Notary on "contract" with the bank. The Dime Savings Bank of New York FSB provided the service of their contract locksmith. The same one used when then D.A. gained access in May of 1998. My ex provided my list of the Financial Instruments secured in my box to the bankers before the Safe Deposit Box was drilled open. She was persuaded by Mr. Loo, who was receiving advice from Narvarro to renew the rental for the safe deposit box. Their request and this solictious services provided by the banker was a calculated confidence scheme. A brand new safe deposit box was ceremoniouly presented for her inspection. It was empty because it was not my box.

16) When reached by phone, both Ms. Narvarro and Mr. Loo assured me that a check for (1) One Million Dollars was given to my ex to close out my (3) three accounts. I was told that she closed out my Safe deposit box after removing Two Hundred, Fifty Million Dollars in assets. But my ex was lied to when told that on 8/27/98, i had closed out my accounts and safe deposit box. She was too upset to even ask the logical questions as to why the charade of requesting a power of attorney, idenminification and safe deposit box drilling because she believed it was a "scheme by me" to defraud her of her "rightful" post divorce discovery of

(6)

asset settlement. The last time I spoke to my ex wife was when she picked up a pair of glasses from my Optometrist, three doors from the Harvard University Club of New York and my mail forwarded, by my Clubs in London England, in care of the Harvard Club in November of 1999.

17) Michael Eng, Sharon Narvarro and Larry Loo, coordinated their charade and scheme with A.D.A. Rhaul Kale, Leroy Fraizer et al, former A.D.A. Jennifer May-Parker and John C. Ryan was kept in the loop. Former first Executive A.D.A. James Kindler gave his approval. He provided Lawrence Toal; Chairman/CEO; Anthony Terraciano; President of the Dime Savings Bank of New York F.S.B. with a "Daily Summary" from Barbara Thopson, Morganthau's spokesperson. The bank pr. Frank Wright, received a copy of my defective indictment, Jury Verdict sheet, and alleged serious mental disorder psychiatric analysis, as diagnosed by assistant district attorney's and not by a Psychiatrist.

18) In November of 1999, from Clinton Correctional Facility i filed a complaint with the office of Thrift Supervision, United States Department of Treasury, Eastern Regional Office, Jersey City, New Jersey. See OTS No. 7837 CLR No. 10150299.

19) The Dime Savings Bank of New York FSB in return for non disclosure of the facts that the New York County D.A. illegally obtained my Bank Records failed to inform regulatory officials that my safe deposit box was drilled opened for D.A. or that between September and December of 1998, prosecutors had authorized Ruth Dowell to cash forged checks drawn upon the funds that i had deposited on 8/27/98. In return the D.A. permitted Narvarro, Eng, Loo, Toal, Wright, and Terraciano and Perilio to use false evidence presented at trial, D.A. Self Serving bogus psychiatrist diagnoses and the Idennification tricked out of my ex wife by Narvarro to prejudice me.

20) The bankers challenged me to use State Courts to redress my claim. In September of 2000 i filed Van Stuyvesant v. The Dime Savings bank Rico

Litigation in the S.D.N.Y. It was illegally converted into a 42 U.S.C.A. 1983 Civil Right Action. See Docket No. 00-CV-9205 (MBM) (S.D.N.Y. Dec 5, 2000) and 01-7134 (CA 2 May 3, 2001) 05-CV-1808 (MBM) (S.D.N.Y. Feb 24, 2005) and 05-1546 (CA 2 May 30, 2006). Former S.D.N.Y. Chief Judge, Michael B. Mukasey, decided in invoking the Heck Rule to intertwind the bankers Racketeering Influence Corrupt Organization Act 1962 (c)(d), pattern and predicate acts with my illegal immigration fraud conviction. Mudasey unethical conduct actually was a blessing. It stopped the ten years statute of limitation and provided the linkage of the D.A.'s offices involvement.

21) In view of the fact that neither the bankers or D.A.'s office can provide a cancelled check, bank draft, or wire transfer, for (1) One Million Dollars, alleged cashed out by my ex wife on 8/5/99, i have been subjected to the most very vile, henious and inhuman, degrading punishment and torture, in the history of New York State penal and judicial system.

22) The New York State Legislature on November 1st, 1990 enacted several statutes which effectively changed the criminal forfeiture section of the penal law. See P.L. 480, CPLR 1310, 1311, and C.P.L. 220.50 (6). In 1984 Article 13-A of the New York Civil Practice Law and Rules 13-A was enacted to authorize forfeiture of proceed of crimes. Article 13-A provided forfeiture through a civil action. However, certain difficulties in implementing the Law during ensuing (5) Five Years necessitated a change in the manner in which forfeiture is achieved. As a result of the new law forfeiture becomes part of the criminal prosecution against a defendant.

23) Forfeiture is applicable to any prosecution for a felony under Article 220 of the Penal Law, i.e. controlled substances or any attempt or conspiract to commit such Felony. The same grand jury which indicts a defendant will then hear evidence that certain property or money is subject for forfeiture. If the grand jury finds reasonable cause to believe that such property is subject to

(8)

forfeiture, the grand jury shall file together with the indictment, a Special forfeiture information specifying the asset for which forfeiture is sought. Former A.D.A. John C. Ryan did not make such a request before the July 28th, 1998 defective proceeding. Why?

24) If the defendant is convicted the Jury then hears evidence concerning the forfeiture and mini-trial is conducted. If the Jury is convinced beyond a reasonable doubt that the property is subject to forfeiture it can return a verdict directing that such property be forfeited. A defendant can waive a Jury and ask the Court to decided the issue of forfeiture.

25) Saint Robert Morgenthau of Manhattan, the Patron Saint of illegal aliens, who has created a special immigration fraud bureau after my persecution, neglected to present to the grand jury and petite jury evidence for forfeiture. Maybe he did in a Unified Court of New York holding a special session in outer Mongolia. According to Barbara Thompson press release which no respected newspaper, broadcase, television network, cable t.v. and radio stations agreed to publish or broadcast alleged that my purported very expensive taste, life style of the rich an famous and high life was financed on the back of my "victims". But curiously six weeks after my unconstitutional conviction and four weeks after restitution was ordered, Robert Morgenthau et al decided to authorized the Dime Savings Bank of New York FSB to release over (250) Two Hundred Fifty plus million dollars to my ex-wife without collecting my alleged victims restitution. Even my favorite proverbial village idiot will be hard pressed to believe this idiocy and lunacy.

26) The new forfeiture law applies in addition to various types of personal property. To interest in real property, the use of which contributes directly and materially to the commission of a specified felony offense of P.L. 480.00 (6). This could be applied to defendants who use their homes or apartment for criminal activites. A bonafide and reasonable fee for legal services is exempted

(9)

from forfeiture provided that the Lawyer had no reason to believe that the fee was designed to shield property from a forfeiture or was a fraudulent transaction. P.L. 480.05 (3). Eloise Nurse Esq, Malave Esq, Denise Hllisgate-Willkie Esq, Charmaine Brooks Esq, Lisa Cox Esq, Apparmore Agambila Esq, Charles Robinson Esq, John Rodriquez Esq, et al were allowed to keep every dime i paid them as salary and what they stole from my Firm's practice.

27) The statute provides for the application of rebuttable presumptions with respect to the proof of forfeiture a sworn testimony of a defendant offered to rebute the presumption is inadmissible in any subsequent proceeding relating to the forfeiture action or in any civil or criminal action except in a prosecution of Article 210 of P.L. See P.L. 400.35.

28) New York Civil Practice Law and Rules Article 13-A Section 1310 (1) defines property which includes real estate, personal property, money, negotiable instruments, securities or anything of value or any interest in a thing of value, Fox, Stewart, Van Stuyvesant and Tate, et cie, Immigration Law practice groups continued in practice openly in six New York State counties and twenty four states until 2003, when each office was sold for a dollar each individually to their senior attorney's. Fourteen other Law Practice groups in the United States merged with four separate national firms. The foreign offices into International Law Firms. The Foreign offices and Practice groups was acquired by another International Law Firm. Section 1310 (2)(3) defines proceeds of a crime, section 1310 (4)(4-9) defines Instrumentalites of a crime while section 1310 (4-b) specified felony offenses. See subsection 1301 (4-b)(a)(b)(c). Under Section 1310 (11) the New York County D.A. is the claiming authority. See Subsections (12)(13) and (14). There is no evidence of a post conviction forfeiture crime. See (5) or a pre conviction crime. See (6). Neither was i a criminal defendant liable under (9), or a non criminal defendant under sub section (10).

(10)

29) The New York county D.A. office did not initiate a forfeiture proceeding against me. See Section 1311 1, (a)(b) 2, 3, (a)(b)(i)(ii)(iii)(iv)(v), (c)(i)(ii)(iii)(iv), (d), (e) 3-9, 4 (a)(b)(c)(d)(i)(ii)(iii)(iv), (e) 4-a (i)(ii)(iii) (b) (5)(6)(7)(8)(9)(10) (a)(b), (11) (a)(b)(c) (12). The D.A. made use of an office Subpoena and did not apply for a Subpoena Duce Tecum. See Section 1311 (a) or obtain a search warrant See Section 1311-a, 2(a) before any New York State, City, County Judge or a Judicial hearing officer. Neither can this office produce a supporting affidavit filed re a subpoena Duces Tecum. See 1311-a, 2(b), 3, 4, 5, 6.

30) According to Saint Robert Morgenthau of Manhattan, illegal alien patron saint and "abess, Barbara Thompson 'Pricress' of Lady Liberty", press release, the D.A. was my victimless victim avenging angel. But yet no Law Suit was brought on behalf of my allege victims against my firm or myself. See Section 1312, 1, 2, 3, 4, 1313, 1314, (1)(2), 1315, 1316, 1317, (1)(2) 1318 (1)(2)(3)(4) I was never served with any summons. See Section 1319.

31) The Dime Savings Bank of New York FSB coordinated their effort to frame my ex wife with the New York county district attorney's office. There are no records of an order prohibiting transfer of my assets to her or effect of levy. Prohibition of transfer See Section 1320 (1)(2)(3)(4)(5), 1321, 1322, 1323, 1324 (1)(2), 1325, 1326, because of August 5th, 1999 both my bank accounts, safe deposit box had a Zero negative balance, in view of the fact that either the bankers have looted my assets prior to May 5th, 1998, or those assets was seized by the D.A. office after that date and before August 5th, 1999.

32) Since November of 1999 my demand for the return of my assets have led to this office and the bankers 18 U.S.C. 1962 (c)(d), open ended predicate acts in furtherance of their pattern of racketeering activities. See, C.P.L.R. Section 1331. No receiver was ever appointed. See Section 1338 (1)(2)(3), 1341, 1344 (1) (2)(3). Neither have i been served with any court order regarding the disposals of my property. See Section 1349 (1)(2)(a)(c)(d)(i)(ii), (e), (f), (g), (h)(i)

(ii) (3), (4).

33) The New York county district attorney's office did not apply the Civil Practice Law and Rules, the Criminal Procedure Law and Penal Law, See C.P.L.R. Section 1350, 1351 and 1352, 4513 and C.P.L. Section 730.

34) For more than (12) twelve years, former and current assistant district attorney's have contaminated and corrupted federal judiciary and executive officers by extraneous influence, abused judicial process, committed prosecutorial misconduct and violated the Rules of Professional Responsibility, Model Displinary Rules and intruded upon Article III, of the United States Constitution, in an attempt to murder me under the cover of State and Federal Law. This same Prosecutors have not yet presented one single piece of evidence supporting their very wild, fantastical and delusional psycho fiction bald face patholigical lies that i have retained the services of narco assassin to take their worthless lives.

35) As a group they are the most incompetent and unethical class of Lawyers, that i have had as adversaries. But this same group of functional illiterate Lawyers who don't ever understand New York State law have decided that they are qualified and more experienced than Board certified psychiatrist and thus are in a position to diagnose me. Andrew Salter the Pavlvovian disciple writes: That when one sees the essence of the unconcious mind to be conditioning, one is in a strategic position to develop a sound understanding of the deepest wellsprings of human behavior conditioning is based upon associative reflexes that use words or symbols as trigger of installed automatic reactions.

36) Former Assistant United States Attorney S.D.N.Y. and former Assistant New York County District Attorney, John C. Ryan approached human behavior in terms of fundamental components. His meaningful goal was to implant in his fellow A.D.A.'s mind the predominant motive which was that of submitting to the operators commands; to construct behavior which would at all times strive to put the operators exact intentions into execution as if the subject were playing a

(12)

game or acting a part, and to cause a redirection of his movements by remote control through second parties, or third or fifteenth parties, hundreds or thousands of miles removed from the original commands if necessary. The first thing a human being is loyal to, is his own condition nervous system. I suggest you read Andrew Slater's remarkable Book "Conditioned Reflect Therapy". Krosnogorke's "Primary Violence Mutivation" or Serow's "The Ultimate Suggestion" to Self Destruction. If you are interested in massive negative conditioning there is Frederic Wertham's "The Seduction of the Innocent", which demostrates how thousand's have been brought to anti social actions through children's cartoon books.

37) The point I'm making is that the conception of People acting against their own best interest such as A.D.A. Law Clerks, State and Federal Judges, State and Federal executives to fit John C. Ryan's immoral code should not startle us. I have known Ryan for more that (30) years as a prosecutor and a reprobate. I made him my "Bitch" in 1980 when he was an Assistant United States Attorney in the Southern District of New York, after I took him to school and taught him a very profound lesson by showing him that a person of color does have a Superior Intellect and is a better lawyer than him.

38) It took John C. Ryan almost (20) Twenty years with the mighty resources of the State of New York behind him to get his revenge. Regardless of the fact that Mr. Ryan is not a very intelligent person he has a gift of most sociopaths the manipulative and conning component of the human psyche.

39) Neurotics and psychotics are too easily canted into unpredicatable pattern and unconstitutional psychopaths, those total waste products of all breeding were too frivoluosly based. The psycotic group known as paraniacs had always provided us with the great leaders of the world and always would.

40) That was a clinical, historical fact. With their dedicated sense of personal mission (condition that has been allowed to become tainted sematically

with the psychiatric label of Megalomania) with their innate ability to falsify hampering conditions of the past to prevent unwanted distortion of the future, with their relentless, protective cunning that places the whole world in revolving turn, into position as their enemies, paraniacs simply had to be placed in the elite stock of any leader pool. Robert Morgenthau believed and you are following his foot steps in believing that a local County Prosecutor has primary jurisdiction and authority over immigration and Nationality Act, 8 U.S.C., enforcement, prosecution and entitlement in New York City.

41) Although the paraniacs make great leaders it is the resenters, those men and women with the cancer of the psyche that makes the great resenter. It is difficult to define true resentment for you. The Spanish Medical philosopher Dr. Gregoril Maranon described it as a passion of a dead end e.g. legal profession position helped to bring about in all the prosecutors, Law Clerks, and Judges involved in my case. To the largest and most significant extent, for, in Andrew words: "The human fish swim about at the bottom of the great ocean of atmosphere and they develop psychic injuries as they collide with one another. Most mortal of all are the wounds gotten from the parent fish. The resentful person is a human with the capacity for affection so poorly developed that their understanding for the motives of others very nearly does not exist. None of the A.D.A.'s Law Clerks, State and Federal Judges, Executive branches of government's law enforcement officials ever stop for a single second to question the motive of John C. Ryan because they are resenters whose inadequacy and inferiority complex is a manifestation of their pathologics, psychosis, phobia's, bigotry, racism, Zenophobia, animus, envy, insecurity and anger. That is, they ahve aided and abetted John C. Ryan and continue to protect him.

42) In the spirit of transparence, please take note of the fact, your father, the former United States Secretary of State and most of his policy advisors played a very pivital role in the decision to grant my multiple entry indefinite visa, political asylum and refugee status. Even after leaving office

(14)

those groups of honorable men and women moral, ethics, decency, fairness and sense of justice prevented John C. Ryan and United States Immigration official scheme to deport me by Fraud in (3) three separate occasions. It was their willingness to open their file provided the uncontroverted evidence and incontroverted proof that showed contrary to I.C.E. bald face lies, i was inspected and legally entered the United States with a valid Counsuler Visa, including a copy of the State Department advisory to the United States Attorney General to grant political asylum. Please take note that pursuant to 18 U.S.C. 1961-1962 et seq, a Civil Racketeering Influence Corrupt Organization Act complaint will be brought against the Dime Savings Bank of New York F.S.B. Sub nom, Washington Mutual Sub nom, J.P. Morgan Chase Bank N.A. John C. Ryan and Jennifer May-Parker, et al.

43) To avoid naming "innocent" D.A. Investigators, A.D.A's and those who did not benefit or participated and aided the bankers and John C. Ryan, the district attorney office must provide an affidavit which in plain terms will state the accounts balance of my three interest bearing checking accounts on March 31st, 1999 and what exactly was recovered in May of 1998, when the D.A. office gained access to my safe deposit box. The New York County district attorney's office left a paper partway longer and wider than Broadway in New York City. Their lights are brighter, even a blind person won't have any problem with finding those documents. See C.P.L.R. Article 45, Rules 4518 (a)(c), 4520, 4521. Unlike before this RICO Claim will be a very loud and public filing. The complaint will be released to first, the Media and selected Law Schools before it will be filed, and in the Internet medium.

44) This office, obsfucation of the fact with a very silly and nonsensical childish bald face lies, that I have a contract to kill judges and prosecutors should be given a rest because it has been played out. Those reprobaters, buggers and bloody fouls are deluded in their self importance because their

(15)

worthless and insignificant lives does not warrant an indictment for depraved indifference to human life. Thomas Chung, the relunctant lead D.A. Investigator in my case who was compelled to do John C. Ryan's distasteful act, might be the only individual involved in this matter who may be willing to give you an honest answer. Imagine the D.A. own lead investigator was never called as a prosecution witness. Instead he testified for me as a defense witness.

cc to:

1) Mr. Trevor Morrison, Deputy Whitehouse Counsel Executive office of the President, 1600 Pennsylvania Avenue, Washington, D.C. 20300

2) Mr. Robert Mueller III, Director Federal Bureau of Investigation, United States Department of Justice, 935 Pennsylvania Ave, Washington, D.C. 20535-0001.

3) Ms. Dawn Johnson, Chief Office of Legal Counsel, United States Dept. of Justice, 950 Pennsylvania Ave, Washington, D.C. 20530-0001.

4) Hon. Michale Dulliger, United States Magistrate Judge, United States District Court, Southern District of New York, United States Courthouse, 500 Pearl St, New York, N.Y. 10007.

5) Hon. Preedinder S. Bharana, United States Attorney, Southern District of New York, United States Attorney Office, 1 Saint Andrew Plaza, N.Y., N.Y. 10007.

6) Mr. Allan Fredberg, Chief Counsel, New York State Supreme Court, Appellate Division, First Judicial Department, Department Disciplinary Committee, 6 Broadway, New York, N.Y. 10006.

7) Mr. Andrew Cuomo, New York State Attorney General, Department of Law, Criminal Division, Federal Habeas Corpus Unit. 120 Broadway, New York, N.Y. 10271-0332.

8) Hon. Jonathan Lippman, Chief Judge State of New York Court of Appeals, Suite 826, 230 Park Avenue, New York, N.Y. 10169.

9) Hon. David Paterson, Governor of the State of New York, Executive Chambers, 633 Third Avenue, New York, N.Y. 10017.

10) William R. Burchill, Jr., Associate Director General Cousnel, Administrative Office of the United States Courts, 1 Columbus Circle, Washington, D.C. 20544.

11) Mr. Tom Perez, Assistant United States Attorney General, Civil Rights Division, U.S. Dept. of Justice, 900 Pennsylvania Ave, Washington, D.C. 20503-0007.

Your Obedient Servent,

Curtis Van Stuyvesant
Political Prisoner
Attica Correctional Facility
P.O. Box 149
Attica, N.Y. 14011-0149

Curtis Van Stuyvesant
Political Prisoner 99-A-4590
Attica Correctional Facility
Post Office Box 149
Attica, New York 14011-0149

October 29, 2010

Ms. Andrea Evans
Chief Executive Officer
New York State Executive
Department Division of Parole
Albany, New York 12226

Re: Conditional Release

NYSID 4840089P

Dear Ms. Evans:

Regardless of the fact that prior to my incarceration, I had no interest, experience or have ever practiced Executive Law and Correctional Law, they are the most simple of New York State statutes, and even the most incompetent lawyer won't have problems with it.

I have read the New York Parole Handbook questions and answers concerning parole release and supervision. Executive and Correction Laws have for the past 24 months become a core requirement for my continue legal education (CLE).

New York State release conditions are listed in N.Y. Comp Codes R & Regs - Title 9; Section 8003(2)(c)-(k)(2007). It seems that the Board and D.O.C S. have imposed a very restrictive special conditions, in retaliation, because their scheme to compel me by fraud to give up my First Amendment Petition Clause Right, to post-conviction relief, by waiving my claim ofactual innocence has been exposed.

Since 2004, the Board and D.O.C.S have attempted to use physical and psychological torture to induce me to voluntary deport myself to a country where certain deaths awaits me, in an insidious scheme, to nullify the Civil and Criminal liability of each of the reprobates involved in my kafkaques nightmares. But yet the same people are scheming to defraud me out of my C.R. This is not a "Discretionary Relief" such as withholding approved medical treatment for gynacomastia because it would embarassed Second Circuit Clerk Catherine O'Hagan Wolfe et. al. Who in their collectiue stupidity sandbagged themselves and exposed their abuse of process and retaliation by denying me the Petition Clause Right to seek redress in re Jonah Cancer and Blood Treatment Pavilion litigation.

Apparently, whoever is responsible for drafting my C.R. conditions has a very poor grasp of the English language.

whoever wrote the conditions is not a lawyer. A parole condition for release is a contract. A very vague and conclusory legal document is not enforceable.

-1-



But I have every intention of signing the form to give advance consent to parole officers for conduct that are unconstitutional, if the Board and D.O.C.S. failed to modify the conditions it will be challenge in court. This is a case that has the potential to change Executive Laws abuse.

D.O.C.S., Parole, New York County District Attorney A.D.A.'S, State Judges and Law Clerk's are becoming very predictable

The conditions that, I have stated I won't agree to in my February 16, 2010 letter to Mr. Timothy O'Brian, Executive Director, Division of Parole was used by me to sandbagged those solons in order to expose their unclean hands. Not, surprisingly it was exactly the same conditions used to impose a special group of conditions by the Board and New York State D.O.C.S. in anticipation that I will not sign the conditions of release form which will be use as an excuse to justify an illegal act of holding me past my C.R. date. 90% of parolee are greatful to the Board. I am not one of them. I have not mince my word regarding the fact that I am not a brown noser and for all I care the board can collectively kiss my black Islamic ass because I will never admit remorse or culpability for a non existing crime in order to relieve a cabal constipated buggers, bloody fool and reprobates from their crime against humanity

Those buggers have every right to be afraid of me and it is not because I am a violent person, it is due to the fact that I am an very educated intelligent and wealthy independent blackman. I am the suit of blackman who is neither a racist, given to black rage or sterotypical. And this is is whi the bigots,rednecks and xenophobics are afraid of me.

In 2006, Mrs. Kickbush, Collins Correctional Facility Senior Counselor gave me the key to the prison gate by programming me in an A.B E. program, because she was told it is her responsibility to pay for my Law School, MBA, graduate school Ph.d and University transcripts and that she must sign a non disclosure clause contract, in view of the fact attempts have been made by thieves to steal my identity. According to her she does not recognize the authority of the Appellate Judges or District Attorney certification that I am a formidable and experience lawyer, capable, and competent to take on an entire District Attorney Appeals Bureau, from solitary confinement, even though I am legally blind, traumatized, "dying from cancer" and have no access to legal research material.

In July of 2008, Collins Correctional Facility Executive Team imported an investigator from D.O.C S. Inspector General Office, because C.O.'s were tired of being used to harass me each week for a cube search. The I.G. was order to confiscate all copies of my degrees, diplomas and character or professional recommendations. The New York County D.A. berated and order her to remove me from their idiot program. My petition for a Writ of Error Coram Nobis claiming ineffective assistance of Pro se counsel was opposed.

Both the Appellate Division First Department and New York Court of Appeals agreed with the D.A. Joseph Tan Tan, Collins Correctional Facility, Medical Director declared me indefinitely medically unassigned.

-2-

To save face Mrs. Kickbush diagnosed me herself as being seriously mentally disturbed, even though she has no medical or psychology education. See, Program Refusal Notification Form 3617 of D.O.C.S.

I have recently completed a six month A.R.T. program. Here I was the victim of a vicious brutal assault in 2000 by six prison guards, and in 2008, by three guards while in full restraint. Imagine a woman or a child, who is the victim of a brutal rape being told they must enroll in a sex offender program, because their rapist is the victim. Physically I am paying the price because sitting up in a classroom has aggravated my spinal cord injury left untreated since December 2008.

I have started physical therapy, but now some buggers who have subjected me to a 6 years Phase I human cancer trial for toxic cancer therapy as a modification of my illegal sentence have the audacity to demand the right to make all medical decision for me even though for more than six years they have refuse to follow facility primary care physicians and consulting board certified urulogist, oncologist and surgeons to provide treatment for Adverse Drug Reaction (ADR) gynacomastia. A village is missing it idoits somewhere in Albany County, if those responsible actual believe parole is an open ended violation of the Fourteenth Amendment right to bodily integrity. For more than 12 years I have been warehoused without a single rehabilitation therapeutic or occupations program. D.O.C.S. was more interested in humiliation, physical and psychological torture. I rejected D.O.C.S. happy hours invitation for powerful and addictive opiate, but the State want me to participate in an alcoholic treatment program, even though I am not an alcoholic, in the same manner I was treated for cancer that I did not have, or prescribe psychotropic medication for exposing their medical fraud, and kickbacks brides from pharmaceutical.

I was railroad into prison, and maliciously prosecuted for a non existing crime, in a scheme to cover up the theft of over 250 Million Dollars of asset by A.D.A.'S. Parole now want me to give them access to my bank account and financial instruments without any probable cause or compelling reason. Is the board going to use a sham revocation to railroad me back into prison to cover up the theft of my assets again?

Prior to 9/11, a blackman who does not have a positive identification card on his person will be arrested and put through the system for jay walking in New York City. In our post 9/11 xenophobic and bigoted racial and religious profiling society, a positive identification is a must have. You cannot even buy a hot dog from a street vendor, apply for a job, enter a government or commercial building or buy a bus ticket without an ID Card. But the intellectuals strategists policy makers in Albany are saying, that regardless of the fact that in prison, you cannot even defecate without showing an ID card, I must obtain their approval before I renew my driver license. Transitional Services is a program funded by the state to help prisoners in replacing identification papers. It is clear that the haters and losers are jealous of the fact that I have access to cars that are more valuable than their houses. A drivers license and a car did not play any role in the non existing crime of immigration fraud.

-3-

My homes are in some of the most exclusive and expensive zip codes in the nation. It is not unusual for a racist neighbor or resident to report that they have seen a blackman prowling their lilly white streets. If accosted by the police, what should I do? Speed dial Albany for an ID? If I can afford those cars, common sense dictates that I can afford a driver in "Van Stuyvesant life style" because I have always had a paid driver.

If any of my victimless victims have a legitimate claim, for restitution it will be the New York County District Attorney Office responsibility to enforce and a judge to impose sanction for a violation of a court order, and not the Division of Parole. This is the problem with the State Criminal Justice System. D.O.C.S. is resentencing and modifying sentences. D.O.C.S. clerks and executives are acting as if they are ICE and EOIR special agent and immigration judges. The Division of Parole Officers some with a high school diploma are acting as if they are prosecutors. Everyone with a Community College or internet University degree is a psychiatrist. Infact if parole can locate my victimless victims I must be notify, because they are essential to my claim of actual innocence. The D.A. must provide proof of the actual claimants existence.

I have previously informed Mr. Lowery that I am no longer constraint by my misplaced loyalty for David Peterson.

Certain actions that would have had a negative impact on his administration was not taken, because I do not want history to make me into a "Political" villain and neither do I like being use as a pawn or cat paw by those special interest groups that are instrumental for the failed policy of state government.

In view of the fact that I have no confidence in the ability of state officials to provide honest service and my determination, in seeing, that every one remotely involved in my nightmares be exposed, prosecuted and made to compensate me for my injuries directly from their own pocket, I have decided to make an application for the transfer of parole pursuant to the interstate compact. I am not going to expose my children and family in New York to unethical, mendacious and corrupt state officials, because none of those diplomat will put up with the stupidity and lunacy of state officials.

I will parole to halfway house in New York City and then make an application for transfer to Connecticut, Middleburgh Virginia or Philadelphia mainline suburbs. Lawyer's experience in such matters are on retainer.

The Executive, Judiciary and Legislative branch of three states where we owned properties have receive a detail comprehensive report regarding what is now being called "The Van Stuyvesant Chronicle." I am going to walk out of prison in December of 2011.

The "Marquise of Queenbury rule," will no longer be adhered to. I do not envy anyone who will be stupid enough to withhold C.R. by fraud.

The fight to clear my name will continue. As you can see from the annexed demand letter addressed to Mr. Cyrus Vance Jr., New York County District Attorney Office, the ground work for the fight has started.

-4-

Your Obedient Servant

Curtis Van Stuyvesant

-5-

CC:

MAUREEN E. BOLL
DEPUTY COMMISSIONER & GENERAL COUNSEL
NEW YORK STATE DEPARTMENT OF CORRECTION
BUILDING #2, STATE OFFICE BUILDING
1200 WASHINGTON AVENUE
ALBANY, NEW YORK 12226

CYRUS VANCE JR.,
DISTRICT ATTORNEY
COUNTY OF NEW YORK
1 HOGAN PLAZA
NEW YORK, NEW YORK 10013

HON. JONATHAN LIPPMAN
THE CHIEF JUDGE OF THE STATE OF NEW YORK
230 PARK AVENUE, SUITE 826
NEW YORK, NEW YORK 10169

HON. DAVID PATTERSON
GOVERNOR OF THE STATE OF NEW YORK
EXECUTIVE CHAMBERS
633 THIRD AVENUE
NEW YORK, NEW YORK 10017

TREVOR MORRISON
DEPUTY WHITE HOUSE COUNSEL
EXECUTIVE OFFICE OF THE PRESIDENT
1600 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20300

ROBERT MUELLER III
DIRECTOR FEDERAL BUREAU OF INVESTIGATION
935 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20535-0001

WILLIAM R. BURCHILL, JR.
ASSOCIATE DIRECTOR GENERAL COUNSEL
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT
ONE COLUMBUS CIRCLE
WASHINGTON, D.C. 20544

MS. DAWN JOHNSON
CHIEF OFFICE OF LEGAL COUNSEL
UNITED STATES DEPARTMENT OF STATE
950 PENNSYLVANIA AVENUE
WASHINGTON, D.C. 20530-0001

MR. TOM PEREZ
ASSISTANT U.S. ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE
WASHINGTON, D.C. 20530-0001

ANDREW CUOMO, ATTORNEY GENERAL
STATE OF NEW YORK
DEPARTMENT OF LAW
THE CAPITOL
ALBANY, NEW YORK 12224-0341

Curtis Van Stuvesant
Political Prisoner 99-A-4590
Attica Correctional Facility
Post Office Box 149
Attica, New York 14011-0149

October 29, 2010

Hon. Loretta A. Preska
Chief United States District Judge
Southern District of New York
U.S. Courthouse 500 Pearl Street
New York, New York 10007

Re:  Van Stuyvesant v. Holder, et. al., 10-CV-1581 (LAP)

Dear Judge Preska:

I have decided to adopt some of your "advice" given in your very diplomatic decision entered on September 23, 2010, even though the decision itself is not constitutionally sound because of the flaws in the illogical and incoherent reasoning.

However since 1996 this is the first time this court has been honest regarding the bad faith and malice of its Judges, Court Clerks and Law Clerks.

Section 306(a) of the Immigration and Nationality Act of 1952, 8 U.S.C.A. Section 1503(a) permits with certain restrictions a person who claims that his rights as a National have been denied to institute a Declaratory Judgment of his Citizenship.

In contrast to its predecessor, 8 U.S.C. 1503(a) permits actions only by Nationals who are in the United States. It precludes actions where the issue arose in connection with exclusion proceedings and includes a five year statute of limitation. It applies only where there has been a final administrative denial of right or privilege generally accorded to Citizens. The Immigration and Nationality Act of 1952, 66 Stat 163, 8 U.S.C. & 1101 et. seq., effective December 24 1952 and repealed the Nationality Act of 1940.

On September 8, 2010, the New York State Division of Parole, the Department of Correctional Services, the State Attorney General Office and the Uniform Court of the State of New York blinked in their futile attempt to Deport me by fraud. Despite their 12 years long open ended and psychological torture, physical torture and abuse to induce "Voluntary Departure." I have remain resolute. See, <u>Orisassion v. Dulles</u>, 136 F.Supp 255 (E.D.N.Y. 1955); <u>Ferratte v. Dulles</u>, 246 F.2d 544 2nd 1957); <u>Strupp v. Dulles</u>, 258 F.2d 622 (C.A. 2nd 1958).

I am in the United States and I am not in an exclusion. A United States District Court has jurisdiction and venue is proper in any District where the cause of action arose. See, <u>Bensky v. Powell</u>, 391 F.3d 849 (C.A. 7 2004); In <u>North v. Rooney</u>, 2003 WL 21432590 (D.N.J. 2003).



The court held that one who could show proof of citizenship was not precluded from bring a declaratory judgment pursuant to 8 U.S.C. Section 1503(a).    See, INA Section 360(a),(2), 8 U.S.C. Section 1503(c)(2); Rio-Velenzuea v. Department of Homeland Security, 506 F.3d 393 (C.A. 5 2007).

This issue have been briefed thoroughly in a 28 U.S.C. Section 2241 petition for a Writ of Habeas Corpus, Executive Detention, to vacate ICE warrants and release from ICE constructive detention for failure to effect removal which they knew is a futile endeavor, but decided to aid state officials in their insidious scheme.    Section 2241, Title 28, will soon follow under separate cover.

Your Honor I am a very experience constitutional law scholar, and a lawyer who is extremely knowledgeable in Federal Rules, Regulations and Statutes to have made a silly mistake, such as using, an All Writ Act codified under 28 U.S.C. 1651(a) and the Declaratory Judgment under 28 U.S.C. 2201 to sue for compensatory damages against federal judges and law clerks.

Damages for constitutional violations may be supported under either 42 U.S.C. Section 1983 or the paralled common law remedy based on Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics.    These actions are commonly called "Constitutional Torts" and they are in many respects analogous to ordinary torts. 403 U.S 388 (1971).

Bivens itself dealt with Fourth Amendment violations, but subsequent cases have read Bivens to means that damage remedy is generally available for constitutional violations at the hands of federal officials absent "Special Factors Counseling Necessitation." id. at 396; See, e.g., Butz v. Economoy, 438 U.S. 478 (1978), upholding a Bivens action for claimed violation of due process and free speech.    Davis v. Passman, 442 U.S 228 (1979) approving damage action for gender discrimination by a United States Congressman, Carlson v. Green, 446 U.S. 14 (1980), approving a Bivens remedy against federal prison officials charged with due process and Eight Amendment violations.

Concern with incentive affects of damages liability including the prospect of over deterence is especially evident in decisions concerning the immunity defense that government officials can invoke against claims for damages.    See e.g., Scheur v. Rhodes, 416 U.S. 232, 238-42 (1974)(Discussing the qualified immunity from awards of damage available to state and local officials to federal officials sued under Bivens); Harlow v. Fitzgerald, 457 U.S. 800 (1982) facilitating summary judgment of many damages claims in order to avoid "chilling effect" on legitimate business of government; Anderson v. Creighton, 483 U.S. 635 (1987)(Revisiting and extending the rule of Harlow).

There is a right, and extensive literature on the incentive effects of damages liability for unconstitutional government action.    Among the most prominent are P.Shuck, Suing Government; Citizen Remedies For Officials Wrong (1983); Epstein Private - Law Model For Official Immunity, 42 Law & Contemp Probs 53 (Winter 1978), Marshaw, Civil Liability Of Government Officers, Property Rights and Officials Accountability 42 Law & Contemp Probs 8 (Winter 1978).

-2-

My 28 U.S.C 1651(a) petition for a Writ of Mandamus and Prohibition under the All Writ Act was a demand for my Petition Clause right under the First and jury trial under the Seventh Amendment and a Prohibition against a violation of the honest service statute, Fifth Amendment Due Process, Eight Cruel & Unusual Punishment and Fourteenth Amendment Equal Protection Clause.

The Court's decision is incoherent, illogical, unreasonable and unintelligible, lack no basic in law and is not constitutionally sound. However, the suggestion that I return to the United States District Court W.D.N.Y. For the Jonah Cancer and Blood Treatment Pavilion et. al., litigation is not going to happen.

I will revisit this issue now below. However, prior to the enactment of the Federal Court Improvement Act of 1966 Pub. L. No. 107-317, 110 Stat 3847 (1966) absolute judicial immunity did not prevent a prisoner from seeking injunctive relief or attorney's fee in Section 1983 action. See, Pulliam v. Allen, 466 U.S. 522, 541-44 (1964) "Judicial Immunity is not a bar to prospective injunctive against judges who imposed bail on individuals charged with non jailable offense," Section 309(c) of the Federal Court Improvement Act amends Section 1983 by providing that in an action against a judicial officer injunctive relief shall not be granted unless a Declaratory Decree was violated or Declaratory relief was unavailable 110 Stat 3847 3853 codified at 42 U.S.C. 1983 2412.

In interpreting this legislative, the Senate Judiciary Committee explained that these provisions are designed only to reverse Pullman, and not to grant immunity for conduct clearly in excess of a judges discretion, even if the conduct is taken in the judges judicial capacity. See, Rep. No. 104-366 at 36-37 reprinted in 1966 U.S.C.C.A.N. 4202 4216-17.

Mandamus is latin for the term "We Command" in legal terms if refers to Writ issued by court ordering another court, individual or organization to perform a particular actions. The performance of the action is usually done to connect a prior illegal act or failure to act on the part of a court, individual or organization. A Writ of Mandamus is considered an "Extraordinary Writ." This means that it is a Writ of last resort and courts do not generally issue them unless the petitioner have no other means available to him to obtain a legal remedy. See, Malland v. United States District Court, 490 U.S. 296, 109 S.Ct. 1814, 104 L.Ed2d 318 (1989); Kerr v. United States District Court for the Northern District of California, 426 U.S. 396 (1976).

In determining which categories of official actions merit absolute immunity, the Supreme Court employ a "Functional Approach" and look to the nature of the official function, not to the identity of the official actors or to his or her employment title. See, Buckley v. Fitzsimmons, 509 U.S. 259, 268 (1993); Butz v. Economoy, 438 U.S. 478, 98 S.Ct. 2894, 57 L.Ed.2d 895 (1978); Antoine v. Byers & Anderson, 508 U.S. 429, 113 S.Ct. 2167, 124 L.Ed.2d 391 (1993); Procunier v. Navarette, 434 U.S. 553, 98 S.Ct. 855 (1997).

-3-

In Forerester v. White, the Supreme Court stated that although judges enjoy absolute immunity from liability and damages for their judicial or adjudicatory acts, they are not absolutely immune in their performance of administrative and executive functions, 484 U.S. 219, 277   Mr. Paladino recently told New York Post editor "I will take you out."   Sarah Palin, another functional illiterate Tea Party member, weighing in and supporting Arizona bigotry in a Immigration matter stated. "That the President of the United States does not have any conjones," as if she has ever seen a real conjones in her life or knows what to do with it if it stare her, in her stupid face.

These are fighting words protected by the First Amendment.  But in my case for stating that Second Circuit Judge Rosemary Pooler has the Irish curse and is suffering from a repressed Catholic female hang and guilt.  The fact that I have also stated that Catherine O'Hagan Wolfe, Roseann Mackechnie and Natalie Subochack et. al., are covey of a very ugly, evil, manipulative, corrupt, mendacious, incompetent and constipated white women, or that U.S.M.J. Debra C. Freeman is a pathological liar and an inexperience judge who did not have an actual real time court room experience as a lawyer prior to her employment and that all four woman are the beneficiary of the political favor bank system, a cabal of red necks bigots decided to lynch me and to deny my First Amendment Petition Clause right.  I suggest that a continuing legal education for your law clerk's in all aspects of the law should be made mandatory because those bozos do not know the first principle of each Amendment.

The extensive exhibits and appendices annexed to the Johan Cancer and Blood Treatment litigation 28 U.S.C. 1651(a); 28 U.S.C. 2254, F.R.C.P., Rule 11, 59(e), 60(b)(2)(4)(6), 60(b)(1)(2)(3)(4)(5)(6) shows by clear evidence that none of the respondents were performing judicial acts or discretionary functions, which would have generally shield them from civil liability for civil damages.   Insofar as their conduct violates clearly established statutory and constitutional rights which a reasonable person would have known.  See, Harlow v. Fitzgerald, 457 U.S. 800, 878; Wilson v. Layne, 528 U.S. 606, 609 (1999).

I have began the Dime Bank et. al., Rico litigation with a formal demand file before Cyrus Vance Jr., New York County D.A. to provide information regarding a violation of the taking clause of the Fifth Amendment.  $20.5 Million Dollars circa 1954 race value worth of negotiable financial instrument.

I could not file a motion for rehearing en banc regarding the September 30, 2010, order entered by a demented 72 year old looney female Circuit Judge from Syracuse, New York, an obscure Circuit Judge in Vermont and an insignificant District Judge in Connecticut.  Catherine O'Hagan Wolfe scraped the bottom of the cesspool because no active Circuit Judge wanted her contagious corruption in Van Stuyvesany v. Conway, 28 U.S.C. 2254 and F.R.C.P. Rule 60(b).   Even though my proposed petition for a writ of Certiorari was submitted for word processing on June 22, 2010 in anticipation of the Court order it was deliberately never completed.  Instead my work product was plagiarized by the assigned clerk.  This is grounds for a Rule 60(b)(1)(3)(4)(5)(6) relief because on August 4, 2010 a stay and demand for sanction was filed in the Second Circuit.

-4-

Regardless, in December of 2011 I am eligible for a mandatory condition release. I am placing the Division of Parole, Department of Corrections, Assistant District Attorneys, Federal and State Court Judges and Law Clerks on notice that no one and nothing is going to stop this release. My claim of actual innocence is not waivable and I do not have to appear before the Parole board. I have been served on September 17, 2010 with the board unconstitutional conditions which was deliberately created in belief that I will not agree to them which will give them the illegal jurisdiction to hold me past my conditional release.

I have marshalled the Van Stuyvesant family incredible resources to fight those reprobates and to see that they are exposed publicly. I am no longer constraint by the restraint imposed by my family misplaced decision not to hurt David Paterson Politically, by going viral publicly as you will see in my annexed New York Civil Practice Law and Rules Article 78 Parole Petition mandamus cover letter to Ms. Andrea Evan, CEO Division of Parole, New York State Executive Department.

New York City will be my temporary resident until approval is given for transfer of parole to Connecticut. I will continue to fight in both Federal and State Court to have my conviction overturn.

Unless you are in outer Mongolia you would have heard by now that Hon. Theodore McKee, Chief Judge United States Court of Appeals for the Third Circuit ruled on September 9, 2010, Hazelton, Pennsylvania, Immigration laws unconstitutional and a violation of Article 1, Clause 8 of the United States Constitution. Hazelton was a model for Arizona and 200 local and states government wno passed their own Immigration law. Even if God is inculpated in the Van Stuyvesant affairs, he won't have any immunity, because the doctrine of ultra vires, negate absolute and qualified immunities.

I am aware of the fact that Michael B. Mukasey is a personal friend of yours and that of your husband, who is a partner in the White Shoe, Simpson, Thacher & Bartlett law firm, which just happens to be the attorney of record for Washington Mutual F.S.B., the bank holding company that acquired the Dime Saving Bank of New York F.S.B. C.J. Dennis was a former partner of your nusband firm.

The Mukasey's father Michael and son Marc are partners in two separate law firms which have a relationship with some of the pharamaceuticals. Your husband law firm represent at least two of those defendants. Michael Mukasey was responsible for your nomination for a seat on the Second Circuit during the lame duck months of the George Bush administartion.

There is no validity to the bald face lies tnat I am intimidating or have intimidated Federal Court Judges and Law Clerks.

During my non existing direct appeal to the Appellate Division : First Judicial Department, ADA Hillary Hassler and Kristen Kirk stated in their affirmation in opposition chat the New York State department of Correction was justified in rendering me legally blind and cripple in my right hand.

-5-

She compared my treatment to the Federal Bureau of Prison (BOP) and Department of Justice (DOJ) treatment of Sheik Rahman, the blind Muslim Cleric, convicted for the first World Trade Center bombing, who is incarcerated in ADX Florence, a BOP Facility. I am not a terrorist and the government of the United States does not consider me to be a threat to National Security. I was not convicted in a Foreign Intelligent Federal Court. It was in a New York County Court for a garden variety non existing crime. For more than 12 years I have waited for the New York County District Attorney Office to produce their evidence in support of Hassler, Kirk, Kale, Kindler, Ryan, Ruzzow et. al., psycho fiction that I have taken an affirmative step in advancing a conspiracy to murder state judges and the pack of jackasses in the D.A. office involved in my kafkasque nightmares.

Witnout evidence to support A.A.G. Jennifer Danburg and A.S.G. Robin Foreshaw, U.S.M.J. Debra C. Freeman lied in her Section 2254 report and recommendation that I have threaten Kings County Supreme Court Justice Cherly E. Chambers. This lady who has now matured into a fine and ethical jurist was known to me when she was an A.D.A. She almost became a victim of Robert Morganthau corruption on steroid. I scolded her and she took my advice by becoming an independent jurist who has the back bone to tell A.D.A.'S who have attempted to contaminate her by extraneous influence to suborned their perjury to kiss her judicial black ass.

One of the good things that came out of this District and Circuit violation of the honest service statute is the fact that the United States senate is now investigating and asking questions regarding Circuit Court nominee actual courtroom experience. At least none of the Appellate Division First Judicial Department Judges on my s__t list have been nominated for a seat in the Second Circuit or District Court. Imagine Pul Pot, Chairman Moa, Uncle Ho Chi Minh, the Shah of Iran, the Ayatholahs and Mullahs, Sadam Hussein, the Pinuchet, Junta in Chile, Despots in Ruwanda, Burinidi, Sudan, Serria Leone, Liberia, and Apartheid Republic of south Africa, claiming that they are being intimidated by their victims and are claiming absolute immunity for a crime against humanity, in a civil litigation, where their victims are demanding a declaratory judgment right to a Seventh Amendment relief and First, Fifth and Fourteenth Amendment right injunctive judgment, by Writ of Mandamus, to compel the respect of the victims's right r to seek redress and to prohibit the respondent's from aiding & abetting local secret police, prosecutor and prison officials, from violation of the Convention on torture and the Eight Amendment.

With all due respect if the Pot fits the respondent's should sit on it. Those with clean hands need not be afraid. Whether or not I leave prison alive the truth is going to be publish and made public. Three members of my extended family have relocated back from Europe to live in New York for the duration of my incarceration. A lawyer is now on retainer for the sole purpose of monitoring New York Department of Correction regarding my ill treatment.

I have no access to Attica's Law Library word processing services. The state pay inmates clerks $15.00 every two weeks to provide this service for population. So both the Dime Bank and Morganthau Rico Litigation and the Johan Cancer and Blood Treatment Pavilion litigation will be filed when I leave prison due to defendant's obstruction of justice and open ended 18 U.S.C. 1962(c) enterprise.

Your Honor unlike a majority of the New York Bar I am a very educated lawyer who did not study law as if it was a vocational education. It really annoys me whenever I read a junk unpublished opinion. It offends my sensibility  I am very disappointed at you, for signing your name to that garbage decision.  I am very glad that Honorable Michael Dollinger is intelligent enough to decipher my message to get off of the case, because I have a lot of respect for him, due to the fact ne is a Honorable, ethical and intellectual jurist, who is also educated in law. As you can see I am very fair and protective of the innocent.

I read with amusement an Associated Press Syndicate Report published on October 7, 2010, the sanctimonious and pithily commentary of "The Right Honorable Doctor" Lewis A. Kaplan, United States District Judge SDNY, in his ruling denying the U.S. Attorney SDNY "right," to use a particular witness. The court did not reached this conclusion lightly, it is acutely aware of the perilous nature of the world which we live but the constitution is the rock upon which our nation rests. We must follow it not when it is convenient but when fear and danger beckon in a difficult direction.

The suspected terrorist in United States v. Ghailani being tried as the master bomber accused of killing 224 people including 12 American citizens in two Embassies in Africa was accorded the Sixth Amendment for trial protection.

But this is the same judge who agreed with his pals in the state court and a covey of constipated white women, by failing to realize that in the fundamental value determination of our society.  It is far worse to convict an innocent man than to let a guilty man go free  In light of the newly discovered evidence located at 26 Federal Plaza, the New York City District Office of Immigration and Custom Enforcement, which is the certified personal Immigration files of my victimless purported victims establishing my claim of actual innocence, it is more likely than not that no reasonable juror would have founded me guilty beyond a reasonable doubt.  This is the same judge who denied a Rule 6, Section 2254 motion for discovery and a FRCP Rule 11, and 60(b), without conducting a de novo review.

The Sixth Amendment is the heartland of constitutional criminal procedure.  Yet Kaplan and Freeman lack a good map of its basic course, a good sense of its underlying ecosystem, a good plan for its cultivation. Admist all the tightly configured clause Kaplan and Freeman have lost their way.  The result in Van Stuyvesant v. Conway, 03-CV-3856, has been bad constitutional law, and bad habeas corpus and criminal procedure.

This same reprobates demand respect when they have disgrace themselves. That is why your Honor, it is with pleasure that I have ripe both of them a new one in "Prometheus Brief" and I challenge them to sue me or controvert my claim.  A copy of my demand for my asset was forward to both Jennifer Shasky, Chief Asset Forfeiture and Money Laundering Section.. DOJ Criminal Division.

Propublica a non profit independent news room that produces syndicated investigative jouralism has been selected as one of my secondary news outlets.  Catherine O'Hagan Wolfe stupidity and mendacity has provided us with the Connecticut state personal interest hook we needed with the involvement by a clueless United States District Judge Mark Kravitz.

-7-

A good player would have discovered that I have been playing a very strategic chess game. A reading of the Art of War or an understanding of the Zero Sum Theory will be educational. The inherent predisposition of Sobchack, O'Hagan Wolfe, Mackechnie, Freeman and Kaplan to be mendacious, corrupt, unethical, malicious and racist, have been capitalize by me  It provided the uncontroverted evidence and incontrovertible proof supporting the veracity of my claim.

Without those reprobates, there won't have been a Prometheus Brief." Legal scholars and publishers won't have taken it serious because it would have been dismissed and the readers would have assumed it was a legal thriller work of fiction. The Wall Street Journal recently a few days ago received a teaser from me.  Rupert Murdoch control Dow Jones Company, and publish the New York Post.  The New York Post did a hatchet job on me.  The paper did not send a journalist to interview me or cover my inquisition and persecution.  They simply published Barbara Thompson self serving bald face lies, which was calculated later to destroy my credibility, and support in the immigration and civil right community.  This was the reason why the immigration fraud was selected to frame me to cover up the theft of my assets and cash.  The wall Street Journal contact was strategic.  The reason do not concern you, but it served it purpose.

On October 22, 2010, the United States Court of Appeals for the Second Circuit denied a Rule 11 sanction and a stay of proceeding motion, predicated upon the respondent and O'Hagan Wolfe et. al., fraud and obstruction of justice.  This motion should have been considered before Van Stuyvesant v. Conway, Rule 60(b), Notice of Appeal, which was denied on September 30, 2010. The profound stupidity in deciding a "moot" motion is not as baffling as it may seems.  O'Hagan Wolfe et. al., desperation is apparent because they are making childish and amateur decisions.

Your Obedient Servant

Curtis Van Stuyvesant

-8-

Mr. William Hochul
United States District of N.Y.
136 Delaware Avenue
Buffalo, New York 14202

Director
Public Integrity Unit
Department of Law
Office of the Attorney General
State of New York
        Broadway
New York, New York

Brian Fischer, Commissioner
N.Y.S. Dept. of Corr. Services
1200 Washington Avenue
Albany, New York 12226

Cyrus Vance Jr.,
District Attorney
County of New York
1 Hogan Place
New York, New York 10013

Mental Health Unit
Attica Correctional Facility
639 Exchange Street
Post Office Box 149
Attica, New York 14011-0149

Timothy O'Brian
Executive Director
Division of Parole
97 Central Avenue
Albany, New York 12226

-2-

Your Obedient Servant

Curtis Van Stuyvesant

cc:

Eric Holder
U.S. Attorney General
Department of Justice
Washington, D.C. 20530

Janet Napolitan
United States Secretary
Washington, D.C. 20528

Robert Mueller III
Director F.B.I.
955 Pennsylvania Avenue, N.W.
Washington, D.C. 20535-0001

Trevor Morrison
Deputy Whitehouse Counsel
Executive Office of the President
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20300

Dawn Johnson
Chief Office of Legal Counsel
United States Department of Justice
950 Pennsylvania Avenue
Washington, D.C. 20530-0001

William R. Burchill, Jr.
Associate Director General Counsel
Administrative Office of the U.S. Court
One Columbus Circle
Washington, D.C. 20544

Hon. Richard Acara
Chief U.S. District Judge
Western District Court
Court Street
Buffalo, New York 14202

Mr. P. Baharan
U.S. Attorney
Southern District of New York
1 Saint Andrew Plaza
New York, New York 10007

