UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CURTIS VAN STUYVESANT,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5|24|2011

                              Plaintiff,

              - against -                        **O R D E R**

ERIC HOLDER, United States Attorney           10 Civ. 9008 (NRB)
General; JANET NAPOLITANO, Secretary-
United States Department of Homeland
Security; DISTRICT DIRECTOR - Immigration
and Custom Enforcement New York
City Office,

                              Defendants.
------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


    Petitioner's motion requesting appointment of counsel in his

petition for habeas corpus is denied at this time.  We have

examined the petition closely and have concluded that a hearing

is not likely to be necessary to resolve the issue presented.

Accordingly, since the case may fairly be heard on written

submissions, the appointment of counsel is not warranted.  See

generally, Cooper v. A. Sargenti Co., 877 F.2d 170, 172 (2d Cir.

1989).

          **SO ORDERED.**

Dated:    New York, New York
          May 20, 2011

                              NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE