## Change of address

Curtis Van Stuyvesant
A# 024-353-326
Buffalo Federal Detention Facility
4250 Federal Drive
Batavia,New York,14020

*NEW ADDRESS*

February 8, 2010

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
FEB 17 2012
UNITED STATES COURT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
Southern District of New York
United States Court House
500 Pearl Street
New York New York 10007

**Re: Van Stuyvesant v. Holder et al.**
**10-CV-9008**
**28 U.S.C 2241 and 8 U.S.C 1503 ( a)**

Dear Judge Buchwald,

1. On December 27, 2011 I requested a case management analysis and public docket information on the above referenced matter. It is imperative that I receive this information which will enable me to assess whether or not this court received the hundreds of pages of memoranda filed in this case as exhibits.

2. For the past 14 years everyone involved with this case seems to take the delight in lying to me regarding whether or not they have received my pleadings and court papers.

3. Unlike federal and state actors involved in this dark melodrama of errors I am very careful before accusing anyone of violating the vaunted rules of professional responsibility, Disciplinary Rules, Ethical Considerations, Judicial Cannons and Criminal Laws.

4. In less than fifty days immigration and custom enforcement, Buffalo District Office Field Operations Director must conduct a custody review in my case. Bar any unethical contamination by extraneous influence from special interest groups I see no reason why I will not be released from custody.

5. The public docket information will tell me whether or not Attica

1